IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------x

MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES

                Plaintiffs,

against -

MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF
KUWAIT

                Defendants.

-----------------------------------------------------------------x

Index No.

## MOTION FOR LEAVE TO FILE COMPLAINT WITHOUT INCLUDING PLAINTIFFS' ADDRESS

Mani Kumari Sabbithi, Joaquina Quadros and Gila Sixtina Fernandes (together "Plaintiffs") respectfully move this Court for leave to file their Complaint in the above-captioned action without including in the caption Plaintiffs' residential address, as required by LCvR 5.1(e)(1). Further, in light of the upcoming expiration of the statute of limitations for certain of Plaintiffs' causes of action, Plaintiffs further respectfully request this Court to consider this motion on an expedited basis.

      1.      Plaintiffs bring this action against Defendants for, *inter alia*, trafficking them into the United States under false pretenses and for subjecting them to slavery-like conditions through physical and psychological abuse. Plaintiffs further seek their agreed-upon pay for labor and the statutory minimum payment for such labor. Plaintiffs also seek damages for breach of contract and various state torts, including false imprisonment.

2.	Defendant Major Waleed Kh. N. S. Al Saleh and Defendant Maysaa Kh A.O.A. Al Omar (together "Individual Defendants") forced Plaintiffs to work for little pay in violation of United States law and compelled Plaintiffs to work through physical, mental, and legal coercion, including physical abuse, threats of physical harm and psychological abuse.

3.	Plaintiffs were forced to escape Individual Defendants' home and employ because they feared that they would be killed and/or otherwise harmed by Individual Defendants.

4.	Plaintiffs continue to fear for their and their families' safety should Individual Defendants discover Plaintiffs' current whereabouts and/or residential address.

5.	The one-year statute of limitations on Plaintiffs' false imprisonment claim against Defendants will expire on Thursday, January 18, 2007.

Dated: January 17, 2007

Respectfully submitted,

DECHERT LLP
*Counsel for Plaintiffs*

By: /s/ Carolyn M. Welshhans

Carolyn M. Welshhans
D.C. Bar No. 489120
1775 I Street, N.W.
Washington, D.C. 20006
202.261.3300

David A. Kotler
DECHERT LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543
609.620.3200

Catherine J. Rosato
(Admitted in New York only)
Reid K. Weisbord
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
215.994.4000

Lenora Lapidus
Claudia Flores
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004

Steven Watt
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES

                               Index No.

        Plaintiffs,

against -

MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF
KUWAIT

        Defendants.

------------------------------------------------------------x

## ORDER

The Court, having considered the motion of Plaintiffs for leave to file their Complaint in the above-captioned action without including in the caption Plaintiffs' residential address, as required by LCvR 5.1(e)(1), ORDERS that the motion is GRANTED.

Date: January ___, 2007                                 _____
                                                                             JUDGE