IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-----------------------------------------------------------x

MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES

           Plaintiffs,

against -

MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF
KUWAIT

           Defendants.

-----------------------------------------------------------x

Index No.

07 0115

## ORDER

The Court, having considered the motion of Plaintiffs for leave to file their Complaint in the above-captioned action without including in the caption Plaintiffs' residential address, as required by LCvR 5.1(e)(1), ORDERS that the motion is GRANTED *pending further order of the Court.*

Date: January 18, 2007

_____
JUDGE