AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Mani Kumari Sabbithi, Joaquina Quadros,
and Gila Sixtina Fernandes

**SUMMONS IN A CIVIL CASE**

V.

Major Waleed KH N.S. Al Saleh, Maysaa KH
A.O.A. Al Omar, and State of Kuwait

CASE NUMBER:   1:07-cv-00115-EGS

TO: (Name and address of Defendant)

Major Waleed KH N.S. Al Saleh
7027 Elizabeth Drive
McLean, VA  22101-2624

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carolyn Welshhans, Esq.
Dechert LLP
1775 I Street, N.W.
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                        JAN 24, 2007

CLERK                                          DATE

_Jackie Francis_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Mani Kumari Sabbithi, et al.

vs.

Major Waleed KH N.S. Al Saleh, et al.

No. 1:07-CV-00115-EGS

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, THOMAS C. PARKS, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 03-16-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 8:10 pm on January 24, 2007, I served Major Waleed KH N.S. Al Saleh at 7027 Elizabeth Drive, McLean, Virginia 22101 by serving Maysaa KH A.O.A. Al Omar, wife, a person of suitable age and discretion who stated she resides therein with the defendant. Described herein:

```
SEX-    FEMALE
AGE-    45
HEIGHT- 5'4"
HAIR-   BLACK
WEIGHT- 160
RACE-   MIDDLE EASTERN
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  1-25-07
             Date

THOMAS C. PARKS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 182911