# United States District Court
# For the District of Columbia

Mani Kumari Sabbithi, Joaquina Quadros, and Gila Sixtina Fernandes )
        Plaintiff(s)    )
)
)
        vs.    )
Major Waleed KH N. S. Al Saleh, Maysaa KH )
A. O. A. Al Omar, and the State of Kuwait    )
        Defendant(s)    )

**APPEARANCE**

CASE NUMBER    07-CV-00115 (EGS)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Thomas B. Wilner__ as counsel in this
        (Attorney's Name)

case for: __Major Waleed KH N. S. Al Saleh and Maysaa KH A. O. A. Al Omar__
        (Name of party or parties)

February 13, 2007
Date

*[Signature]*
Signature

D.C. Bar #173807
BAR IDENTIFICATION

Thomas B. Wilner
Print Name

801 Pennsylvania Avenue, NW
Address

Washington, DC    20004
City    State    Zip Code

(202) 508 - 8000
Phone Number