IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------x

MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES

          Plaintiffs,

Case No.: 1:07-cv-0015-EGS

against -

MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF
KUWAIT

          Defendants.

-----------------------------------------------------------x

**ENTRY OF APPEARANCE AND ATTORNEY
CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)**

        The undersigned counsel, Catherine J. Rosato, hereby (1) enters her appearance as one of the counsel for plaintiffs in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that she is a member in good standing of the Bar of the State of New York and the Bar of the Commonwealth of Pennsylvania and is providing representation to plaintiffs without compensation.

Dated: February 14, 2007

                                                      Catherine J. Rosato
                                                      DECHERT LLP
                                                      Cira Centre
                                                      2929 Arch Street
                                                      Philadelphia, PA 19104
                                                      (215) 994-2394
                                                      Fax: (215) 994-2222

                                                      *Counsel for Plaintiffs*