# United States District Court
# For the District of Columbia

Mani Kumari Sabbithi, Joaquina
Quadros, and Gila Sixtina Fernandes   )
        Plaintiff(s)   )   **APPEARANCE**
           )
           )
        vs.   )   CASE NUMBER   07-CV-00115 (EGS)
Major Waleed KH N. S. Al Saleh, Maysaa KH )
A. O. A. Al Omar, and the State of Kuwait   )
        Defendant(s)   )


To the Clerk of this court and all parties of record:

Please enter the appearance of   **Thomas B. Wilner**   as counsel in this
        (Attorney's Name)

case for:   Major Waleed KH N. S. Al Saleh and Maysaa KH A. O. A. Al Omar
        (Name of party or parties)


February 13, 2007
Date   /Signature

        Thomas B. Wilner
D.C. Bar #173807   Print Name
BAR IDENTIFICATION
        801 Pennsylvania Avenue, NW
        Address

        Washington, DC    20004
        City   State   Zip Code

        (202) 508 - 8000
        Phone Number