IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>　　　　　　　　Defendants. | Case No.: 07-CV-00115-EGS |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

　　　　Defendants Major Waleed KH N. S. Al Saleh and Maysaa KH A. O. A. Al Omar, through undersigned counsel, hereby state and move the Court for a 30-day enlargement of time, from February 13, 2007, to and including March 15, 2007, within which to respond to the Complaint.[*] The reason for this motion is that Major Al Saleh and Mrs. Al Omar have only recently retained counsel in this matter.

　　　　In filing this Consent Motion, neither Major Al Saleh nor Mrs. Al Omar submit to the jurisdiction of this Court. They expressly reserve all privileges and immunities, as well as all objections to jurisdiction and service of process.

　　　　A proposed Order is attached to this Consent Motion.

---

[*] Pursuant to LCvR 7.1(m), counsel for Major Al Saleh and Mrs. Al Omar has conferred with counsel for Plaintiffs, Steven Watt, who has stated that Plaintiffs consent to this enlargement of time.

Respectfully submitted this 13th day of February, 2007.

                                  SHEARMAN & STERLING LLP

BY:      /s/ Thomas B. Wilner
           Thomas B. Wilner (D.C. Bar # 173807)
           Perry S. Bechky (D.C. Bar # 442632)
           801 Pennsylvania Avenue, N.W.
           Washington, D.C. 20004-2634
           Telephone: (202) 508-8000
           Facsimile: (202) 508-8100

           Attorneys for Defendants
           Al Saleh and Al Omar

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES,<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>Defendants. | Case No.: 07-CV-00115-EGS |

**ORDER**

The Court, having considered the motion by Defendants Major Waleed KH N. S. Al Saleh and Maysaa KH A. O. A. Al Omar for a 30-day enlargement of time to respond to the Complaint, to and including March 15, 2007, hereby

ORDERS that the motion is GRANTED.

Dated: February ___, 2007        _____

                                                                District Judge Emmet G. Sullivan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February 2007, I have caused to be served, via U.S. mail, a copy of the foregoing Consent Motion for Enlargement of Time to Respond to Complaint, and a copy of the proposed Order attached thereto, on the following:

Carolyn Welshhans, Esq.
Dechert LLP
1775 "Eye" Street NW
Washington, D.C. 20006

_____
Ruth Trimarco