IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI et al., | : |
| Plaintiffs, | : |
| v. | : Case No. 1:07-cv-0115 -EGS |
| MAJOR WALEED KH N. S. AL SALEH, et al., | : |
| Defendants. | : |

**ENTRY OF APPEARANCE AND ATTORNEY
CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)**

The undersigned counsel, Reid K. Weisbord, hereby (1) enters his appearance as one of the counsel for plaintiffs in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that he is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania and is providing representation to plaintiffs without compensation.

Dated: February 20, 2007

_____
Reid K. Weisbord
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2180
Fax: (215) 655-2180
Pennsylvania Bar No.: 203146

*Counsel for Plaintiffs*