IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x
MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES

        Plaintiffs,

against -

MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF
KUWAIT

        Defendants.

---------------------------------------------------------------x

Index No.
1:07-cv-0115-EGS

### ENTRY OF APPEARANCE AND ATTORNEY CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)

The undersigned counsel, Claudia M. Flores, hereby (1) enters her appearance as one of the counsel for plaintiffs in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that she is a member in good standing of the Bars of the State of New York, the Southern District of New York, and the Eastern District of New York and is providing representation to plaintiffs without compensation.

Dated: February 21, 2007

        _____
        Claudia M. Flores CF 4932
        Women's Rights Project
        American Civil Liberties Union Foundation
        125 Broad Street, 18th Floor
        New York, NY 10004
        (212) 549-7816
        Fax: (212) 549-2580
        *Counsel for Plaintiffs*