IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------x

MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES

                    Plaintiffs,                         Index No.
                                                        1:07-cv-0115-EGS

against -
MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF
KUWAIT

                    Defendants.

------------------------------------------------------------------x

## ENTRY OF APPEARANCE AND ATTORNEY
## CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)

The undersigned counsel, Claudia M. Flores, hereby (1) enters her appearance as

one of the counsel for plaintiffs in the above-captioned case; and (2) certifies pursuant to L. Cv.

R. 83.2(g) that she is a member in good standing of the Bars of the State of New York, the

Southern District of New York, and the Eastern District of New York and is providing

representation to plaintiffs without compensation.

Dated:  February 21, 2007

Claudia M. Flores CF 4932
Women's Rights Project
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-7816
Fax: (212) 549-2580
*Counsel for Plaintiffs*

1