IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x

MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES

                                                                        Index No.
                                                                         1:07-cv-0115-EGS

          Plaintiffs,

against -
MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF
KUWAIT

          Defendants.

---------------------------------------------------------------x

**ENTRY OF APPEARANCE AND ATTORNEY
CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)**

       The undersigned counsel, Steven M. Watt, hereby (1) enters his appearance as one of the counsel for plaintiffs in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that he is a member in good standing of the Bar of the State of New York and is providing representation to plaintiffs without compensation.

Dated: February 21, 2007

                                              _/s/ Steven M. Watt_
                                              Steven M. Watt  4383212
                                              Human Rights Program
                                              American Civil Liberties Union Foundation
                                              125 Broad Street, 17th Floor
                                              New York, NY 10004
                                              (212) 519-7870
                                              Fax: (212) 549-2651
                                              *Counsel for Plaintiffs*