IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------x
MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES

            Plaintiffs,

against -

MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF
KUWAIT

            Defendants.

-------------------------------------------------------------------x

Case No.: 1:07-cv-0115-EGS

## ENTRY OF APPEARANCE AND ATTORNEY CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)

The undersigned counsel, David A. Kotler, hereby (1) enters his appearance as one of the counsel for plaintiffs in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that he is a member in good standing of the Bars of the State of New York and New Jersey, United States Supreme Court, United States Circuit Court of Appeals for the Second, Third and Federal Circuits, and United States District Court for the District of New Jersey and the Southern and Eastern Districts of New York and is providing representation to plaintiffs without compensation.

Dated: February 22, 2007

*David A. Kotler* (signature)

David A. Kotler
DECHERT LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543
(609) 620-3200
Fax: (609) 620-3259
*Counsel for Plaintiffs*

1