IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES,<br><br>            Plaintiffs,<br><br>      v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>            Defendants. | Case No.: 07-CV-00115-EGS |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

      Defendants Major Waleed KH N. S. Al Saleh and Maysaa KH A. O. Al Omar ("Defendants"), through undersigned counsel, move the Court for a 15-day enlargement of time, from March 15, 2007, to and including March 30, 2007, within which to respond to the Complaint. Pursuant to LCvR 7(m), counsel for Major Al Saleh and Mrs. Al Omar has conferred with counsel for Plaintiffs, Steven Watt, who has stated that Plaintiffs consent to this enlargement of time.

      In filing this Consent Motion, neither Major Al Saleh nor Mrs. Al Omar submits to the jurisdiction of this Court. They expressly reserve all privileges and immunities, as well as all objections to jurisdiction and service of process.

      A proposed Order is attached to this Consent Motion.

Respectfully submitted this 14th day of March, 2007.

                SHEARMAN & STERLING LLP

BY:   /s/ Thomas B. Wilner
        Thomas B. Wilner (D.C. Bar # 173807)
        Perry S. Bechky (D.C. Bar # 442632)
        801 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004-2634
        Telephone:  (202) 508-8000
        Facsimile:  (202 508-8001

        Attorneys for Defendants
        Al Saleh and Al Omar

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of March 2007, I have caused to be served, via U.S. Mail, a copy of the foregoing Consent Motion for Enlargement of Time to Respond to Complaint and a copy of the proposed Order attached thereto, on the following:

Carolyn Welshhans, Esq.
Dechert LLP
1775 I Street, N.W.
Washington, D.C. 20006

  /s/ Thomas B. Wilner
Thomas B. Wilner (D.C. Bar # 173807)
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634
Telephone: (202) 508-8000
Facsimile: (202 508-8001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES,<br><br>    Plaintiffs,<br><br>  v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>    Defendants. | Case No.: 07-CV-00115-EGS |

**ORDER**

The Court, having considered the motion by Defendants Major Waleed KH N. S. Al Saleh and Maysaa KH A. O. Al Omar for a 15-day enlargement of time to respond to the Complaint, to and including March 30, 2007, hereby

ORDERS that the motion is GRANTED.


Dated: March ____, 2007            _____

                             District Judge Emmet G. Sullivan