IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES <br><br> Plaintiffs, <br><br> v. <br><br> MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT, <br><br> Defendants. | Case No.: 07-CV-00115-EGS |

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND TO QUASH SERVICE OF PROCESS

Plaintiffs Mani Kumari Sabbithi, Joaquina Quadros and Gila Sixtina Fernandes ("Plaintiffs"), through their undersigned counsel, move the Court for a 49-day enlargement of time, from April 11, 2007, to and including May 30, 2007, within which to file a memorandum of points and authorities in opposition to Defendants Major Waleed KH N. S. Al Saleh's and Maysaa KH A. O. Al Omar's Motion to Dismiss and to Quash Service of Process. Pursuant to LCvR 7(m), counsel for Plaintiffs has conferred with counsel for Defendants Al Saleh and Al Omar, Thomas Wilner, who has stated that Defendants Al Saleh and Al Omar consent to this enlargement of time.

A proposed Order is attached to this Consent Motion.

Dated: April 9, 2007

Respectfully submitted,

DECHERT LLP
*Counsel for Plaintiffs*

By:

Carolyn M. Welshhans
D.C. Bar No. 489120
1775 I Street, N.W.
Washington, D.C. 20006
202.261.3300

David A. Kotler
DECHERT LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543
609.620.3200

Catherine J. Rosato
Reid K. Weisbord
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
215.994.4000

Lenora Lapidus
Claudia Flores
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004

Steven Watt
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY  10004

## CERTIFICATE OF SERVICE

I, Carolyn Welshhans, hereby certify that on April 9, 2007, I caused to be served via e-mail a true and correct copy of the foregoing Consent Motion for Enlargement of Time to Respond to Defendants' Motion to Dismiss and to Quash Service of Process and a copy of the proposed Order attached thereto, on the following:

Thomas B. Wilner, Esquire
Perry S. Bechky, Esquire
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634

Carolyn M. Welshhans
D.C. Bar No. 489120
1775 I Street, N.W.
Washington, D.C.  20006
Telephone:    202.261.3300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>Defendants. | Case No.: 07-CV-00115-EGS |

## ORDER

The Court, having considered the motion by Plaintiffs Mani Kumari Sabbithi, Joaquina Quadros and Gila Sixtina Fernandes for a 49-day enlargement of time to respond to Defendants' Motion to Dismiss and to Quash Service of Process, to and including May 30, 2007, hereby ORDERS that the motion is GRANTED.

Dated: April ____, 2007

_____
District Judge Emmet G. Sullivan