IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES,

Plaintiffs,

v.

MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,

Defendants.

Case No.: 07-CV-00115-EGS

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND TO QUASH SERVICE OF PROCESS**

Defendants Major Waleed KH N. S. Al Saleh and Maysaa KH A. O. A. Al Omar ("Defendants"), through undersigned counsel, respectfully move the Court for a 16-day enlargement of time to and including June 22, 2007, within which to file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss and Quash Service of Process. Pursuant to LCvR 7(m), counsel for Major Al Saleh and Mrs. Al Omar has conferred with counsel for Plaintiffs, Steven Watt, who has stated that Plaintiffs consent to this enlargement of time.

In filing this Consent Motion, neither Major Al Saleh nor Mrs. Al Omar submits to the jurisdiction of this Court. They expressly reserve all privileges and immunities, as well as all objections to jurisdiction and service of process.

A proposed Order is attached to this Consent Motion.

Respectfully submitted this 4th day of June, 2007.

SHEARMAN & STERLING LLP

BY: __/s/ ______________________
Thomas B. Wilner (D.C. Bar # 173807)
Perry S. Bechky (D.C. Bar # 442632)
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634
Telephone: (202) 508-8000
Facsimile: (202 508-8001

*Attorneys for Defendants*
Major Waleed KH N. S. Al Saleh and
Maysaa KH A. O. A. Al Omar

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of June 2007, I have caused to be served, via U.S. Mail, a copy of the foregoing Consent Motion for Enlargement of Time to File Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss and to Quash Service of Process and a copy of the proposed Order attached thereto, on the following:

Claudia Flores
ACLU WOMEN'S RIGHTS PROJECT
125 Broad Street
18th Floor
New York, NY 10004

David A. Kotler
DECHERT LLP
P.O. Box 5218
Princeton Pike Corporate Center
Princeton, NJ 08543

Lenora M. Lapidus
ACLU WOMEN'S RIGHTS PROJECT
125 Broad Street
18th Floor
New York, NY 10004

Steven M. Watt
ACLU FOUNDATION
125 Broad Street
17th Floor
New York, NY 10004

Reid K. Weisbord
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104

/s/ ______________________
Thomas B. Wilner (D.C. Bar # 173807)
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634
Telephone: (202) 508-8000
Facsimile: (202 508-8001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES,

Plaintiffs,

v.

MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,

Defendants.

Case No.: 07-CV-00115-EGS

**ORDER**

The Court, having considered the motion by Defendants Major Waleed KH N. S. Al Saleh and Maysaa KH A. O. A. Al Omar for a 16-day enlargement of time to file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss and to Quash Service of Process, to and including June 22, 2007, hereby

ORDERS that the motion is GRANTED.

Dated: June ____, 2007

________________________________

District Judge Emmet G. Sullivan