IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES

    Plaintiffs,

v.

MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,

    Defendants.

Case No.: 07-CV-00115-EGS

## MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND TO QUASH SERVICE OF PROCESS

Plaintiffs Mani Kumari Sabbithi, Joaquina Quadros and Gila Sixtina Fernandes ("Plaintiffs"), through their undersigned counsel, move the Court for leave to file a sur-reply in opposition to Defendants Major Waleed KH N. S. Al Saleh's and Maysaa KH A. O. Al Omar's ("Defendants") Motion to Dismiss and to Quash Service of Process. On June 22, 2007, Defendants filed a Reply in Support of their Motion to Dismiss and to Quash Service of Process. Defendants' Reply contained new arguments and issues that would be left uncontested if Plaintiffs are not permitted to file a sur-reply. Therefore, Plaintiffs respectfully request leave to file a sur-reply addressing such issues on or before August 3, 2007.

Pursuant to LCvR 7(m), counsel for Plaintiffs have conferred with counsel for Defendants, Thomas B. Wilner, Esquire, who has stated that Defendants do not consent to the filing of a sur-reply. Defendants have refused consent even though Plaintiffs have consented to

each and every request by Defendants for an enlargement of time. See Consent Motion for Enlargement of Time to Respond to Complaint (Filed Feb. 13, 2007) (consenting to Defendants' request for a 30-day enlargement of time); Consent Motion for Enlargement of Time to Respond to Complaint (Filed Mar. 14, 2007) (consenting to Defendants' request for an additional 15-day enlargement of time); Consent Motion for Enlargement of Time to File Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss and to Quash Service of Process (Filed Jun. 4, 2007) (consenting to Defendants' request for a 16-day enlargement of time). Moreover, when Defendants made their most recent request for an enlargement of time, counsel for Defendants indicated he would not oppose Plaintiffs' motion for leave to file a sur-reply if one should prove necessary and that the issue of timing for filing any such sur-reply could be discussed should the need arise. Plaintiffs relied on these statements in not opposing Defendants' most recent request for an extension. Having received Plaintiffs' consent to Defendants' numerous requests for additional time, Defendants now oppose Plaintiffs' motion for leave to file a sur-reply.

   The standard for granting leave to file a sur-reply in this district requires the moving party to show that it "would be unable to contest matters presented to the court for the first time in the opposing party's reply." Lewis v. Rumsfeld, 154 F.Supp.2d 56, 61 (D.D.C. 2001) (citing Alexander v. Federal Bureau of Investigation, 186 F.R.D. 71, 74 (D.D.C.1998). Courts routinely grant such motions. Flanagan v. Wyndham Int'l, 231 F.R.D. 98, 101 (D.D.C. 2005) (quoting Ben-Kotel v. Howard Univ., 319 F.3d 532, 536 (D.C. Cir. 2003)). Defendants raise numerous new matters in their 23-page Reply, including arguments based on cases which Plaintiffs will argue are not binding, distinguishable and/or wrongly decided. Defendants also raise new arguments concerning the negotiating history of the Vienna Convention on Diplomatic

Relations, which Plaintiffs wish to counter. Further, Defendants' Reply not only addresses the applicability of diplomatic immunity, but also otherwise questions the merits of Plaintiffs' substantive claims. See e.g., Defs' Reply, at 13 (stating that conduct alleged by Plaintiffs does not amount to "slavery"). Indeed, it is not surprising that Defendants' Reply raises new issues as their opening brief, Defendants' Motion to Dismiss and to Quash Service of Process, was less than six pages.

Plaintiffs respectfully request a deadline of August 3, 2007 because counsel for Plaintiffs relied on Defendants' counsel's indication that Defendants would be flexible and accommodating with respect to timing. Furthermore, as a result of the numerous extensions of time which Plaintiffs granted Defendants, the preparation of this sur-reply comes at a time when Plaintiffs' counsel face deadlines in matters for other clients as well as scheduling complications due to the summer holiday season.

Because Plaintiffs would be unable to contest the numerous new matters raised in Defendants' Reply, and because Defendants' opposition to Plaintiffs' request is a purely tactical maneuver, Plaintiffs respectfully move this Court for leave to file a sur-reply.

A proposed Order is attached to this Motion.

Dated: June 29, 2007

                Respectfully submitted,


                /s/ Carolyn M. Welshhans
                David A. Kotler*
                Carolyn M. Welshhans (D.C. Bar No. 489120)
                Catherine J. Rosato*

Reid K. Weisbord*
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300

Lenora M. Lapidus*
Claudia M. Flores*
Jennifer L. Pasquarella*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2644

Steven MacPherson Watt*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7870

*Attorneys for plaintiffs*
*not admitted in this District

## CERTIFICATE OF SERVICE

I, Carolyn M. Welshhans, hereby certify that on June 29, 2007, I caused to be served via first class mail a true and correct copy of the foregoing Motion for Leave to File a Sur-Reply in Opposition to Defendants' Motion to Dismiss and to Quash Service of Process and a copy of the proposed Order attached thereto, on the following:

> Thomas B. Wilner, Esquire
> Perry S. Bechky, Esquire
> Amanda E. Shafer, Esquire
> Justin Harrison, Esquire
> Shearman & Sterling LLP
> 801 Pennsylvania Avenue, N.W.
> Suite 900
> Washington, D.C. 20004-2634

> /s/ Carolyn M. Welshhans
> Carolyn M. Welshhans
> D.C. Bar No. 489120
> 1775 I Street, N.W.
> Washington, D.C. 20006
> Telephone:   202.261.3300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>Defendants. | Case No.: 07-CV-00115-EGS |

## ORDER

AND NOW, this _____ day of June, 2007, upon consideration of Plaintiffs Mani Kumari Sabbithi's, Joaquina Quadros' and Gila Sixtina Fernandes' ("Plaintiffs") Motion for Leave to File a Sur-Reply in Opposition to Defendants Major Waleed KH N. S. Al Saleh's and Maysaa KH A. O. Al Omar's ("Defendants") Motion to Dismiss and to Quash Service of Process, and the Court finding good cause for granting Plaintiffs' request, it is hereby ORDERED that the motion is GRANTED. Plaintiffs shall be permitted to file a sur-reply in opposition to Defendants' Motion to Dismiss and to Quash Service of Process on or before August 3, 2007

BY THE COURT:

Dated: June ____, 2007

_____
District Judge Emmet G. Sullivan