IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES,

    Plaintiffs,

v.

MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and
STATE OF KUWAIT,

    Defendants.

Case No.: 07-CV-00115-EGS

## NOTICE OF ATTORNEY WITHDRAWAL

My colleague, Perry S. Bechky (D.C. Bar # 442632), is leaving the employment of Shearman & Sterling LLP. Therefore, I respectfully provide notice pursuant to LCvR 83.6(b) of his withdrawal of appearance from the above-captioned matter. As shown below, the parties we represent, Defendants Waleed KH N.S. Al-Saleh and Maysaa KH A.O.A. Al-Omar, have consented to this withdrawal.

Dated: __8/3__, 2007

Respectfully Submitted,

SHEARMAN & STERLING LLP

_(signature)_

Thomas B. Wilner (D.C. Bar # 173807)
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634
Telephone: (202) 508-8000
Facsimile: (202) 508-8001

*Attorney for Defendants*
Waleed KH N. S. Al-Saleh and
Maysaa KH A.O.A. Al-Omar

Agreed:

_(signature)_

Waleed KH N. S. Al-Saleh

8/01/07

Date

_(signature)_

Maysaa KH A.O.A. Al-Omar

8/01/07

Date

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ____8/3____, 2007, I have caused to be served, via U.S. Mail, a copy of the foregoing Notice of Attorney Withdrawal on the following:

David A. Kotler
Catherine J. Rosato
Reid K. Weisbord
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006

Claudia M. Flores
Lenora M. Lapidus
Jennifer L. Pasquarella
ACLU WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004

Steven M. Watt
ACLU FOUNDATION
125 Broad Street
17th Floor
New York, NY 10004

_____
Thomas B. Wilner (D.C. Bar # 173807)
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634
Telephone: (202) 508-8000
Facsimile: (202) 508-8001