IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>Defendants. | Case No.: 07-CV-00115-EGS |

**MOTION FOR STAY OF CIVIL PROCEEDINGS AGAINST THE INDIVIDUAL
DEFENDANTS DURING THE PENDENCY OF THE CRIMINAL ACTION**

Plaintiffs Mani Kumari Sabbithi, Joaquina Quadros and Gila Sixtina Fernandes ("Plaintiffs"), through their undersigned counsel, move the Court for a stay of their civil action against Defendants Waleed Kh N. S. Al Saleh and Maysaa Kh A. O. A. Al Omar ("Defendants") pending the outcome of the criminal investigation and/or prosecution of Defendants by the United States Department of Justice.

Defendants are the subject of a criminal investigation by the United States Department of Justice for violations of Title 18, United States Code Sections 1589 *et seq.*, which prohibit forced labor, involuntary servitude and human trafficking. See Affidavit of Katherine E. Freeburg, Aug. 6, 2007 (attached hereto as Exhibit A). The subject of the criminal investigation concerns the same conduct for which Plaintiffs seek relief in this civil action. 18 U.S.C. Section 1595, which authorizes a civil remedy for victims of forced labor and human trafficking,

provides that "[a]ny civil action filed under this section shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim." 18 U.S.C. § 1595 (b)(1) (2007). "Criminal action" is defined by the statute to include both investigation and prosecution. Id. § 1595 (b)(2). Once a criminal investigation is initiated, stay of the civil action is mandatory. Ara v. Khan, 2007 U.S. Dist. LEXIS 43170, *3 (E.D.N.Y. 2007).

Because Plaintiffs' civil action arises out of the same occurrence as the pending criminal action by the United States Department of Justice, Plaintiffs respectfully move this Court for a stay of this civil action against Defendants until the pending criminal action is completed.

A proposed Order is attached to this Motion.

Dated: August 7, 2007

                                                             Respectfully submitted,

                                                             */s/ Carolyn M. Welshhans*
                                                             David A. Kotler*
                                                            Carolyn M. Welshhans (D.C. Bar No. 489120)
                                                            Catherine J. Rosato*
                                                            Reid K. Weisbord*
                                                            DECHERT LLP
                                                           1775 I Street, N.W.
                                                           Washington, D.C. 20006
                                                           (202) 261-3300

Lenora M. Lapidus*
Claudia M. Flores*
Jennifer L. Pasquarella*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY  10004
(212) 549-2644

Steven MacPherson Watt*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY  10004
(212) 519-7870

*Attorneys for plaintiffs*
*not admitted in this District

**CERTIFICATE OF SERVICE**

I, Carolyn M. Welshhans, hereby certify that on August 7, 2007, I caused to be served via first class mail a true and correct copy of the foregoing Motion for Stay of Civil Proceedings Against the Individual Defendants During the Pendency of the Criminal Action and a copy of the proposed Order attached thereto, on the following:

> Thomas B. Wilner, Esquire
> Amanda E. Shafer, Esquire
> Justin Harrison, Esquire
> Shearman & Sterling LLP
> 801 Pennsylvania Avenue, N.W.
> Suite 900
> Washington, D.C. 20004-2634

> */s/ Carolyn M. Welshhans*
> Carolyn M. Welshhans
> D.C. Bar No. 489120
> 1775 I Street, N.W.
> Washington, D.C. 20006
> Telephone:   202.261.3300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>Defendants. | Case No.: 07-CV-00115-EGS |

### ORDER

AND NOW, this _____ day of August, 2007, upon consideration of Plaintiffs Mani Kumari Sabbithi's, Joaquina Quadros' and Gila Sixtina Fernandes' ("Plaintiffs") Motion for Stay of Civil Proceedings Against the Individual Defendants During the Pendency of the Criminal Action, it is hereby ORDERED that the motion is GRANTED.  Plaintiffs' civil action against Waleed Kh N. S. Al Saleh and Maysaa Kh A. O. A. Al Omar shall be stayed pending the conclusion of the United States Department of Justice's criminal investigation as well as the conclusion of any prosecution to which that investigation may lead.

BY THE COURT:

Dated: August ____, 2007

_____
District Judge Emmet G. Sullivan

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>Defendants. | Case No.:<br>07-CV-00115-EGS |

### Affidavit of Katherine E. Freeburg

I, Katherine E. Freeburg, hereby swear and affirm that the following information is true and correct to the best of my personal knowledge:

1. I am a Special Agent for the Federal Bureau of Investigation based in Falls Church, Virginia.

2. In January 2007, the FBI initiated a criminal investigation of Major Waleed KH N.S. Al Saleh and Maysaa KH A.O. Al Omar for alleged violations of Title 18, United States Code, section 1589 *et seq.* (Trafficking Victims Protection Act) perpetrated from July 2005 through January 2006 against victims Mani Kumari Sabbithi, Joaquina Quadros, and Gila Sixtina Fernandes.

3. I am the lead case agent responsible for this investigation.

4. The investigation remains open.

1

_____          8/6/07
Katherine E. Freeburg                      Date
Special Agent, Federal Bureau of Investigation

Subscribed and sworn before me on _August 6_, 2007.

[Notary Seal: LUCY E. SAMPSON, NOTARY PUBLIC, REG # 256632, MY COMMISSION EXPIRES 08/31/2009, COMMONWEALTH OF VIRGINIA]

_____
Notary Public

County/City of __Fairfax__
Commonwealth/State of __Virginia__
The foregoing instrument was subscribed and sworn before me this __6__ day of __August__ __2007__, by __Katherine E Freeburg__
(name of person seeking acknowledgement)
_____
Notary Public
My commission expires: __8/31/09__

2