IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES,

    Plaintiffs,

v.

MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and
STATE OF KUWAIT,

    Defendants.

Case No.: 07-CV-00115-EGS

## RESPONSE TO PLAINTIFFS' MOTION FOR STAY OF CIVIL PROCEEDINGS AGAINST THE INDIVIDUAL DEFENDANTS DURING THE PENDENCY OF THE CRIMINAL ACTION

In accordance with this Court's order of August 22, 2007, Defendants Waleed KH N.S. Al-Saleh and Maysaa KH A. O. A. Al-Omar ("Defendants") submit this Response to Plaintiffs' Motion for Stay of Civil Proceedings Against the Individual Defendants During the Pendency of the Criminal Action.[1]

Defendants oppose a stay of proceedings for claims not brought under 18 U.S.C. § 1595. As Plaintiffs state in their Motion, section 1595 provides that "[a]ny civil action filed under this section shall be stayed be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim." 18 U.S.C. § 1595(b)(1). Plaintiffs have submitted an affidavit of Katherine E. Freeburg of the Federal Bureau of Investigation indicating that the FBI has initiated an investigation of Defendants for alleged violations of the Trafficking

---

[1] In filing this Response, Defendants do not submit to the jurisdiction of this Court. They expressly reserve all privileges and immunities, as well as all objections to jurisdiction and service of process.

Victims Protection Act.[2] While Plaintiffs have brought two claims under section 1595, the bulk of this action—twelve federal and state law claims—is unrelated to section 1595. Defendants respectfully request that the Court deny Plaintiffs' motion for a stay of proceedings on these separate claims.

Respectfully Submitted,

SHEARMAN & STERLING LLP

/s/   Thomas B. Wilner
Thomas B. Wilner (D.C. Bar # 173807)
Amanda Shafer (D.C. Bar # 497860)
Justin Harrison (D.C. Bar # 502069)
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634
Telephone:  (202) 508-8000
Facsimile:  (202) 508-8001

*Attorneys for Defendants*
Waleed KH N.S. Al-Saleh and
Maysaa KH A. O. A. Al-Omar

Dated August 24, 2007

---

[2] Defendants accept this affidavit on its face but have not been contacted by the FBI regarding any investigation and have no independent knowledge of such an investigation.

Defendants note that, according to Special Agent Freeburg, the investigation was begun in January 2007, eight months ago. It is odd that Plaintiffs are just now informing the Court and Defendants of its existence and requesting a stay—well after Defendants' Motion to Dismiss and to Quash Service of Process has been fully briefed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August 2007, I have caused to be served, via U.S. Mail, a copy of the foregoing Response to Plaintiffs' Motion for Stay of Civil Proceedings Against the Individual Defendants During the Pendency of the Criminal Action and a copy of the proposed Order attached thereto, on the following:

David A. Kotler
Catherine J. Rosato
Reid K. Weisbord
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006

Claudia Flores
Lenora M. Lapidus
Jennifer L. Pasquarella
ACLU WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004

Steven M. Watt
ACLU FOUNDATION
125 Broad Street
17th Floor
New York, NY 10004

/s/ Thomas B. Wilner
Thomas B. Wilner (D.C. Bar # 173807)
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634
Telephone: (202) 508-8000
Facsimile: (202) 508-8001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES,<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>Defendants. | Case No.: 07-CV-00115-EGS |

**ORDER**

The Court, having considered the Motion for Stay of Civil Proceedings Against the Individual Defendants During the Pendency of the Criminal Action and all other papers pertaining thereto, hereby ORDERS that the First and Second claims for relief, brought under 18 U.S.C. § 1595, shall be stayed pending the conclusion of the United States Department of Justice's criminal investigation. The Motion is DENIED with respect to all other claims.

Dated: _____, 2007

_____
District Judge Emmet G. Sullivan