IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------x

MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES,

Case No. 07-CV-00115-EGS

    Plaintiffs,

  against -

MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,

    Defendants.

-------------------------------------------------------------------x

**ENTRY OF APPEARANCE AND ATTORNEY
CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)**

    The undersigned counsel, Rebecca P. Dick, hereby (1) enters her appearance as one of the counsel for plaintiffs in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that she is a member in good standing of the Bars of the District of Columbia, New York, the United States Supreme Court, the United States Courts of Appeals for the District of Columbia and for the Ninth Circuit, and this Court, and is providing representation to plaintiffs without compensation.

Dated: September 14, 2007

                                        /s/ Rebecca P. Dick
                                        Rebecca P. Dick
                                        DECHERT LLP
                                        1775 I Street, N.W.
                                        Washington, D.C. 20006
                                        (202) 261-3325
                                        Fax: (202) 261-3333
                                        United States District Court for the District of
                                        Columbia Bar No.: 463197
                                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on September 14, 2007, I caused to be served via electronic filing a true and correct copy of the foregoing, on the following:

Thomas B. Wilner, Esquire
Amanda Shafer, Esquire
Justin Harrison, Esquire
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004-2634

_____
Rebecca P. Dick