IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------x
MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES

                Plaintiffs,

against -

MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT

                Defendants.

-----------------------------------------------------------------x

Case No. 07-CV-00115-EGS

## NOTICE OF ATTORNEY WITHDRAWAL

My colleague, Carolyn Welshhans (D.C. Bar. No. 489120), has left the employment of the law firm of Dechert LLP. Therefore, I respectfully provide notice pursuant to L.C.v.R. 83.6(b) of her withdrawal of appearance from the above-captioned matter. As shown on the three attached signature pages, all of the parties whom Dechert represents, Mani Kumari Sabbithi, Joaquina Quadros, and Gila Sixtina Fernandes, have consented to the withdrawal.

                Respectfully submitted,

                _____
                Rebecca P. Dick

October 4, 2007

Agreed:

_Mani Kumari Sabbithi_                    _9-15-07_

Mani Kumari Sabbithi                       Date


_____              _____

Joaquina Quadros                           Date


_____              _____

Gila Sixtina Fernandes                     Date

Agreed:

_____    _____

Mani Kumari Sabbithi    Date

_____    _____

*Quadros* (signature)    9/25/2007

Joaquina Quadros    Date

_____    _____

*(signature)*    ~~9/25/207~~

Gila Sixtina Fernandes    Date

Agreed:

_____          _____

Mani Kumari Sabbithi                        Date

_____          _____

Joaquina Quadros                            Date

_____*GFdes*_____          __*09-18-07*__

Gila Sixtina Fernandes                      Date

## CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on October 4, 2007, I caused to be served via electronic filing a true and correct copy of the foregoing Notice of Withdrawal, on the following:

Thomas B. Wilner, Esquire
Amanda Shafer, Esquire
Justin Harrison, Esquire
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004-2634

Rebecca P. Dick