IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------------x
MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES

            Plaintiffs,

against -
MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT

           Defendants.

-----------------------------------------------------------------------x

Case No. 07-CV-00115-EGS

**NOTICE OF ATTORNEY WITHDRAWAL**

My colleague, Carolyn Welshhans (D.C. Bar. No. 489120), has left the employment of the law firm of Dechert LLP. Therefore, I respectfully provide notice pursuant to L.C.v.R. 83.6(b) of her withdrawal of appearance from the above-captioned matter. As shown on the three attached signature pages, all of the parties whom Dechert represents, Mani Kumari Sabbithi, Joaquina Quadros, and Gila Sixtina Fernandes, have consented to the withdrawal.

Respectfully submitted,

_____
Rebecca P. Dick

October 4, 2007

Agreed:

*Mani Kumari Sabbithi*　　　　　　　　　　*9-15-07*

Mani Kumari Sabbithi　　　　　　　　　　　Date

_____　　　　_____

Joaquina Quadros　　　　　　　　　　　　　Date

_____　　　　_____

Gila Sixtina Fernandes　　　　　　　　　　　Date

Agreed:

_____                    _____
Mani Kumari Sabbithi                               Date

___*Quadros*_____                    __9/25/2007___
Joaquina Quadros                                   Date

___*[signature]*_____                    __~~9/25/207~~__
Gila Sixtina Fernandes                             Date

Agreed:

_____        _____

Mani Kumari Sabbithi              Date


_____        _____

Joaquina Quadros                  Date


*(signed)* _GFdes_ _____        _09-18-07_____

Gila Sixtina Fernandes            Date

**CERTIFICATE OF SERVICE**

I, Rebecca P. Dick, hereby certify that on October 4, 2007, I caused to be served via electronic filing a true and correct copy of the foregoing Notice of Withdrawal, on the following:

Thomas B. Wilner, Esquire
Amanda Shafer, Esquire
Justin Harrison, Esquire
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004-2634

                                            Rebecca P. Dick