IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES <br><br> Plaintiffs, <br><br> v. <br><br> MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT, <br><br> Defendants. | Case No.: 07-CV-00115-EGS |

## MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND TO QUASH SERVICE OF PROCESS

Plaintiffs Mani Kumari Sabbithi, Joaquina Quadros and Gila Sixtina Fernandes ("Plaintiffs"), through their undersigned counsel, move the Court for leave to file the attached Sur-reply in Further Opposition to Defendants Major Waleed KH N. S. Al Saleh's and Maysaa KH A. O. Al Omar's (the "Individual Defendants") Motion to Dismiss and to Quash Service of Process ("Motion to Dismiss"). Pursuant to LCvR 7(m), counsel for Plaintiffs has conferred with counsel for Defendants, Thomas B. Wilner, Esquire, who has stated that the Individual Defendants do not consent to the filing of a sur-reply.

On April 9, 2007, the Individual Defendants moved to dismiss and to quash service of process based on diplomatic immunity. (See Motion to Dismiss, Dkt. No. 16.) On May 30, 2007, Plaintiffs filed their Memorandum and Points of Authorities in Opposition to the Individual Defendants' Motion to Dismiss. (Dkt. No. 17.) On June 22, 2007, the Individual Defendants filed their Reply. (Dkt. No. 19.) The Individual Defendants based their Motion to Dismiss on their assertion that they were "an accredited diplomat and his wife" (Reply at 2) and

that "the law of this Circuit affords sweeping immunity to diplomats and their families" (Motion to Dismiss at 2). In the time period since the filing of their Reply, the Individual Defendants status has changed – they are no longer a diplomat and his wife and are thus no longer entitled to the immunity afforded by the Vienna Convention on Diplomatic Relations. Justice supports the Court's granting Plaintiffs leave to file a sur-reply because the change in the Individual Defendants' diplomatic status negates their claims of immunity and renders their Motion to Dismiss moot.

> For the foregoing reasons, Plaintiffs respectfully request that this Court grant Plaintiffs leave to file the attached sur-reply.

Dated: November 8, 2007

                                        Respectfully submitted,

                                        David A. Kotler*
                                        Rebecca P. Dick (D.C. Bar No. 463197)
                                        Catherine J. Rosato*
                                        Reid K. Weisbord*
                                        DECHERT LLP
                                        1775 I Street, N.W.
                                        Washington, D.C.  20006
                                        (202) 261-3300

                                        Lenora M. Lapidus*
                                        Claudia M. Flores*
                                        Jennifer L. Pasquarella*
                                        AMERICAN CIVIL LIBERTIES UNION
                                        FOUNDATION
                                        WOMEN'S RIGHTS PROJECT
                                        125 Broad Street, 18th Floor
                                        New York, NY  10004
                                        (212) 549-2644

Steven MacPherson Watt*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7870

*Attorneys for plaintiffs*
*not admitted in this District

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>Defendants. | Case No.: 07-CV-00115-EGS |

## ORDER

AND NOW, this _____ day of November, 2007, upon consideration of

Plaintiffs Mani Kumari Sabbithi's, Joaquina Quadros' and Gila Sixtina Fernandes' ("Plaintiffs")

Motion for Leave to File a Sur-Reply in Opposition to Defendants Major Waleed KH N. S. Al

Saleh's and Maysaa KH A. O. Al Omar's Motion to Dismiss and to Quash Service of Process,

and the Court finding good cause for granting Plaintiffs' request, it is hereby ORDERED that the

motion is GRANTED and that Plaintiffs' Sur-reply is deemed filed as of the date of this Order.

BY THE COURT:

_____
District Judge Emmet G. Sullivan

## CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on November 8, 2007, I caused to be served via first class mail a true and correct copy of the foregoing Motion for Leave to File a Sur-Reply in Further Opposition to Defendants' Motion to Dismiss and to Quash Service of Process and a copy of the proposed Order attached thereto, on the following:

> Thomas B. Wilner, Esquire
> Amanda E. Shafer, Esquire
> Justin Harrison, Esquire
> Shearman & Sterling LLP
> 801 Pennsylvania Avenue, N.W.
> Suite 900
> Washington, D.C. 20004-2634

Rebecca P. Dick
D.C. Bar No. 463197
1775 I Street, N.W.
Washington, D.C. 20006
Telephone:    202.261.3300