IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES,<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>Defendants. | Case No.: 07-CV-00115-EGS |

**NOTICE OF WITHDRAWAL
OF MOTION FOR STAY OF CIVIL PROCEEDINGS**

Plaintiffs Mani Kumari Sabbithi, Joaquina Quadros and Gila Sixtina Fernandes ("Plaintiffs"), through their undersigned counsel, respectfully advise the Court of their withdrawal of their motion for a stay of their civil action against Defendants Major Waleed KH N. S. Al Saleh and Maysaa KH A. O. Al Omar (the "Individual Defendants") pending the outcome of the criminal investigation and/or prosecution of the Individual Defendants by the United States Department of Justice.

The Individual Defendants were the subject of a criminal investigation by the Civil Rights Division of the United States Department of Justice ("Civil Rights Division") for violations of Title 18, United States Code Sections 1589 *et seq.* which prohibit forced labor, involuntary servitude and human trafficking. (See Motion for Stay of Civil Proceedings, (Dkt. No. 27).) On October 31, 2007, Robert Moossy, Esquire, the Director of the Human Trafficking Prosecution Unit of the Civil Rights Division, informed Plaintiffs' counsel that the criminal investigation of the Individual Defendants has been closed. (See October 31, 2007 letter from

Robert Moossy to Claudia Flores, (Ex. A).) Mr. Moossy also informed Plaintiffs' counsel that based upon its investigation of the Individual Defendants, the Civil Rights Division "asked the Department of State to request a waiver by Kuwait of Al Omar's diplomatic immunity to prosecution." (Id.) The State of Kuwait declined to waive immunity and the Individual Defendants have left the United States and are "now ineligible for entry into the United States. (Id.)

Because the criminal investigation of the Individual Defendants is closed, Plaintiffs respectfully withdraw their motion for a stay of these proceedings.

Respectfully submitted,

_____
David A. Kotler*
Rebecca P. Dick (D.C. Bar No. 463197)
Catherine J. Rosato*
Reid K. Weisbord*
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300

Lenora M. Lapidus*
Claudia M. Flores*
Jennifer L. Pasquarella*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2644

Steven MacPherson Watt*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7870

*Attorneys for plaintiffs*
*not admitted in this District

Dated: November 8, 2007

# EXHIBIT A



**U.S. Department of Justice**

Civil Rights Division

RM:JER:km
DJ 50-79-93

*Criminal Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

October 31, 2007

Ms. Claudia Flores
Staff Attorney
Women's Rights Project
American Civil Liberties Union
125 Broad Street, 18th floor
New York, NY  10004

Dear Ms. Flores:

    This letter is in response to your recent inquiry regarding the criminal investigation of subjects Major Waleed KH N.S. Al Saleh, former Military Attache to the Embassy of Kuwait, and Maysaa KH A.O. Al Omar for alleged violations of Title 18, United States Code, section 1589 (forced labor). Based on the evidence developed during this investigation, the Civil Rights Division of the Department of Justice asked the Department of State to request a waiver by Kuwait of Al Omar's diplomatic immunity to prosecution. The Department of State recently informed the Civil Rights Division that Kuwait has declined to waive immunity and that Al Saleh and Al Omar voluntarily left the U.S. Moreover, according to the Department of State, Al Saleh and Al Omar are now ineligible for entry into the United States. Accordingly, and for the purposes described in 18 U.S.C. § 1595, this investigation is now closed.

Sincerely,

Robert Moossy by Evan Price

Robert Moossy
Director
Human Trafficking Prosecution Unit
Criminal Section
Civil Rights Division

## CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on November 8, 2007, I caused to be served via first class mail a true and correct copy of the foregoing Notice Of Withdrawal Of Motion For Stay Of Civil Proceedings:

>Thomas B. Wilner, Esquire
>Amanda E. Shafer, Esquire
>Justin Harrison, Esquire
>Shearman & Sterling LLP
>801 Pennsylvania Avenue, N.W.
>Suite 900
>Washington, D.C. 20004-2634

>*[signature]*
>Rebecca P. Dick
>D.C. Bar No. 463197
>1775 I Street, N.W.
>Washington, D.C. 20006
>Telephone:   202.261.3300