IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>　　　　　　　　Defendants. | Case No.: 07-CV-00115-EGS |

**CONSENT MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY**

On November 8, 2007 Plaintiffs' moved the Court for leave to file a sur-reply in further opposition to Defendants' Motion to Dismiss and Quash Service of Process. Defendants Waleed KH N. S. Al-Saleh and Maysaa KH A. O. A. Al-Omar ("Defendants"), through undersigned counsel, move the Court for leave to respond to that motion on or before December 17, 2007. Pursuant to LCvR 7(m), counsel for Defendants has conferred with counsel for Plaintiffs, Rebecca Dick, who has stated that Plaintiffs consent to the filing of a response by Defendants on or before December 17, 2007. In return, Defendants have consented to the filing of a reply to Defendants' response by Plaintiffs not later than January 17, 2008.

In filing this Motion, Defendants do not submit to the jurisdiction of this Court. Defendants expressly reserve all privileges and immunities, as well as all objections to jurisdiction and service of process.

A Proposed Order is attached.

          Respectfully Submitted,

            /s/   Thomas B. Wilner_____
          Thomas B. Wilner (D.C. Bar # 173807)
          Amanda Shafer (D.C. Bar # 497860)
          Justin Harrison (D.C. Bar # 502069)
          801 Pennsylvania Avenue, N.W.
          Washington, D.C. 20004-2634
          Telephone:  (202) 508-8000
          Facsimile:  (202) 508-8001

          *Attorneys for Defendants*
          Waleed KH N. S. Al-Saleh and
          Maysaa KH A. O. A. Al-Omar

Dated November 16, 2007

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of November 2007, I have caused to be served, via U.S. Mail, a copy of the foregoing Consent Motion for Enlargement of Time in which to Respond to Plaintiffs' Motion for Leave to File Sur-Reply and a copy of the proposed Order attached thereto, on the following:

Rebecca P. Dick
David A. Kotler
Catherine J. Rosato
Reid K. Weisbord
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006

Lenora M. Lapidus
Claudia M. Flores
Jennifer L. Pasquarella
ACLU FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004

Steven M. Watt
ACLU FOUNDATION
HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004

  /s/   Thomas B. Wilner_____
Thomas B. Wilner (D.C. Bar # 173807)
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634
Telephone:  (202) 508-8000
Facsimile:  (202) 508-8001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES,<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>Defendants. | Case No.: 07-CV-00115-EGS |

## ORDER

The Court, having considered the motion by Defendants Waleed KH N. S. Al-Saleh and Maysaa KH A. O. A. Al-Omar ("Defendants"), hereby ORDERS that the motion is GRANTED.

Defendants shall respond to Plaintiffs' Motion for Leave to File Sur-Reply on or before December 17, 2007, and Plaintiffs shall reply to Defendants' Response not later than January 17, 2008.

Dated: _____, 2007                    _____

                                             District Judge Emmet G. Sullivan