IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>Defendants. | Case No.: 07-CV-00115-EGS |

## JOINT STATUS REPORT

Pursuant to the Court's November 19, 2007 Order, Plaintiffs Mani Kumari Sabbithi, Joaquina Quadros and Gila Sixtina Fernandes ("Plaintiffs") and Defendants Major Waleed KH N. S. Al Saleh's and Maysaa KH A. O. Al Omar's (the "Individual Defendants") (together the "Parties") hereby submit this joint status report.

**1.    The Pending Motion to Dismiss**

On April 9, 2007, the Individual Defendants moved to dismiss and to quash service of process based on diplomatic immunity. (See Motion to Dismiss and Quash Service of Process, Dkt. No. 16.) On May 30, 2007, Plaintiffs filed their Memorandum and Points of Authorities in Opposition to the Individual Defendants' Motion to Dismiss. (Dkt. No. 17.) On June 22, 2007, the Individual Defendants filed their Reply. (Dkt. No. 19.) On November 8, 2007 Plaintiffs filed their Sur-Reply in further Opposition to the Individual Defendants' Motion to Dismiss. (Dkt. No. 34). By Order dated November 19, 2007, this Court granted Plaintiffs leave to file their Sur-Reply and ordered the Individual Defendants to respond to Plaintiffs' Sur-Reply on or before December 5, 2007. Once Defendants have filed their Response, briefing on

the Motion to Dismiss and Quash Service of Process will be completed. The Parties respectfully request that the Court grant oral argument on this motion. Following oral argument, the motion will be ripe for decision.[1]

Given the pendency of the Individual Defendants' Motion to Dismiss, and the jurisdictional arguments raised therein, the Parties have not yet requested or exchanged any discovery.

## 2. Status of Service of Process on the State of Kuwait

The Plaintiffs also provide the following independent report regarding the status of service of process on the State of Kuwait.[2] Pursuant to 28 U.S.C. § 1608 (a)(2), on March 25, 2007, the Summons and Complaint with Arabic Translation were delivered to the Kuwait's Ministry of Justice – the Central Authority designated by the State of Kuwait for service pursuant to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters ("Hague Convention"). (See Request For Service Abroad of Judicial or Extrajudicial Documents; Federal Express tracking report; and November 19, 2007 email from Processing Forwarding International to Kuwait's Ministry of Justice (Ex. A).) To date, Kuwait's Ministry of Justice has neither provided Plaintiffs with notice that it has declined to effect service nor advised that service has been effected. Given Kuwait's failure to respond to Plaintiffs' service attempts via the Hague Convention, Plaintiffs intend to attempt

---

[1] On August 7, 2007, Plaintiffs moved to stay the civil proceedings against the individual defendants on the grounds that there was an ongoing criminal investigation. See Plaintiffs' Motion for Stay of Civil Proceedings Against the Individual Defendants During the Pendency of the Criminal Action (Dkt. No. 27). However, Plaintiffs withdrew their request for a stay of the proceedings on November 8, 2007, before this Court had decided that issue. See Notice of Withdrawal of Motion for Stay of Civil Proceedings Against the Individual Defendants (Dkt. 35).

[2] Individual Defendants have no information or knowledge regarding Plaintiffs' efforts to serve Kuwait and do not join in this portion of the status report.

service of process pursuant to 28 U.S.C. § 1608(a)(4), which allows for the service of process on a foreign state by diplomatic channels when service by the other means set out in the Foreign Sovereign Immunities Act has failed.[3]

Dated: December 4, 2007

/s/ Rebecca P. Dick

David A. Kotler*
Rebecca P. Dick (D.C. Bar No. 463197)
Catherine J. Rosato*
Reid K. Weisbord*
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300

Lenora M. Lapidus*
Claudia M. Flores*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2644

Steven MacPherson Watt*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7870

*Attorneys for Plaintiffs*
*not admitted in this District

Respectfully submitted,

/s/ Thomas B. Wilner

Thomas B. Wilner (D.C. Bar No. 173807)
Amanda Shafer Berman (D.C. Bar No. 497860)
Justin Harrison (D.C. Bar No. 502069)
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004-2634
(202) 508-8000

*Attorneys for Individual Defendants*

---

[3] Service cannot be made under 28 U.S.C. § 1608(a)(3) because the State of Kuwait objects to service by mail.

# EXHIBIT A

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | The State of Kuwait<br>Ministry of Justice<br>International Relations Department<br>Ministries Complex<br>Building No. 14<br>P.O. Box 6<br>Saffaat 13001<br>Kuwait City |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

**THE STATE OF KUWAIT**
**MINISTRY OF JUSTICE, INTERNATIONAL RELATIONS DEPT.**
**MINISTRIES COMPLEX**
**BUILDING NO 14, P.O. BOX 6, SAFAAT 13001**
**KUWAIT CITY**
**KUWAIT**

DOB:                    Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____
_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
**SUMMONS IN A CIVIL CASE; COMPLAINT; DEMAND FOR JURY TRIAL (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)**

Done at Seattle, Washington USA, on Mar 13 2007

Signature and/or stamp

TRACKING #: 4206750

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, any of which may still be used)
* Delete if inappropriate



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

December 4, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **792306679280**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Mar 25, 2007 08:59 |
| **Signed for by:** | A.ATEF | | |
| **Service type:** | International Priority Service | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 792306679280 | **Ship date:** | Mar 14, 2007 |

**Recipient:**  
SAFAT KUWAIT KW

**Shipper:**  
SEATTLE, WA US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339

# Weisbord, Reid

| | |
|---|---|
| **From:** | Rick Hamilton [RickH@ABCLegal.com] |
| **Sent:** | Monday, November 19, 2007 4:19 PM |
| **To:** | mail@moj.gov.kw |
| **Cc:** | Weisbord, Reid |
| **Subject:** | P4206750.pdf |
| **Attachments:** | P4206750.pdf |

Dear Sir or Madam,

I'm writing regarding process service in accordance with the Hague Convention on the service abroad of judicial and extra judicial documents in civil and commercial matters.

On March 25, 2007 your office received a request for process service upon the State of Kuwait in the Mani Kumari Sabbithi, et al. versus Major Waleed KN N.S., et al matter. Attached is a copy of my request for service.

Plaintiff's counsel is requesting information on this service request, please let me know if this has been completed or if not when you expect this to be done.

Thank you for your assistance with this matter.

Rick Hamilton
Director of Operations
Process Forwarding International
633 Yesler Way
Seattle, WA 98104
*Contracted by the United States Department of Justice*

12/4/2007

## **CERTIFICATE OF SERVICE**

I, Rebecca P. Dick, hereby certify that on December 4, 2007, I caused to be served via electronic filing a true and correct copy of the foregoing Joint Status Report on the following:

>Thomas B. Wilner, Esquire
>Amanda E. Shafer, Esquire
>Justin Harrison, Esquire
>Shearman & Sterling LLP
>801 Pennsylvania Avenue, N.W.
>Suite 900
>Washington, D.C. 20004-2634

*/s/ Rebecca P. Dick*
Rebecca P. Dick
D.C. Bar No. 463197
Dechert LLP
1775 I Street, N.W.
Washington, D.C. 20006
Telephone:   202.261.3300