IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES,<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>Defendants. | Case No. 07-CV-00115-EGS |

**NOTICE OF STATUS OF SERVICE OF PROCESS ON THE STATE OF KUWAIT**

Plaintiffs Mani Kumari Sabbithi, Joaquina Quadros and Gila Sixtina Fernandes ("Plaintiffs"), through their undersigned counsel, respectfully advise the Court of the status of service of process on the State of Kuwait. Consistent with the Plaintiffs' representation in the December 4, 2007, Joint Status Report (Dkt.37), they have proceeded with additional service on Defendant Kuwait pursuant to Rule 4(f) of the Federal Rules of Civil Procedure.

As set forth in the Joint Status Report, pursuant to 28 U.S.C. § 1608 (a)(2), on March 25, 2007, the Summons and Complaint with Arabic Translation were delivered to the Kuwait's Ministry of Justice – the Central Authority designated by the State of Kuwait for service pursuant to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters ("Hague Convention"). To date, Kuwait's Ministry of Justice has neither provided Plaintiffs with notice that it has declined to effect service nor advised that service has been effected.

Given Kuwait's failure to respond to Plaintiffs' service attempts via the Hague Convention, Plaintiffs have initiated service of process pursuant to 28 U.S.C. § 1608(a)(4).

Attached as Exhibit A hereto is a copy of Plaintiffs' December 20, 2007 letter to the Clerk of the Court requesting that the Summons and Complaint, Notice of Suit, and Notice of Electronic Case filing be served on the State of Kuwait through diplomatic channels.

Respectfully submitted,

/s/ Rebecca P. Dick

David A. Kotler*
Rebecca P. Dick (D.C. Bar No. 463197)
Catherine J. Rosato*
Reid K. Weisbord*
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300

Lenora M. Lapidus*
Claudia M. Flores*
Jennifer L. Pasquarella*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2644

Steven MacPherson Watt*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7870

*Attorneys for plaintiffs*
*not admitted in this District

Dated: December 20, 2007

# Exhibit A



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000  Main
+1 215 994 2222  Fax
www.dechert.com

**CATHERINE J. ROSATO**

catherine.rosato@dechert.com
+1 215 994 2374  Direct
+1 215 655 2374  Fax

December 20, 2007

**VIA FEDERAL EXPRESS**

Nancy Mayer-Whittington
Clerk of Court
United States District Court
   for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: <u>Sabbithi, et al. v. Al Saleh, et al., Case No. 07-CV-00115-EGS</u>

Dear Ms. Mayer Whittington:

We write this letter on behalf of our clients, Mani Kumari Sabbith, Joaquina Quadros, and Gila Sixtina Fernandes ("Plaintiffs"). Plaintiffs have filed a Complaint in United States District for the District of Columbia against the State of Kuwait, and others, seeking money damages for the injuries they suffered, including but not limited to: trafficking; slavery; forced labor; and assault when they were employed as domestic workers in the home of Defendants Major Waleed Kh N.S. Al Saleh and Maysaa Kh A.O.A. Al Omar. The State of Kuwait is named as a Defendant because Kuwait is responsible for the acts of its agent, Mjr. Al Saleh, a former Kuwaiti diplomat.

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), we request that service of the Notice of Suit, Summons and Complaint be made upon the State of Kuwait by the Clerk of the Court for the United States District Court, District of Columbia. Service under 28 U.S.C. § 1608 (a) (1) was attempted; however, the State of Kuwait refused service. Service under 28 U.S.C. § 1608 (a) (2) pursuant to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters ("Hague Convention") was also attempted. On March 25, 2007, the Summons and Complaint with Arabic Translation was delivered to the Kuwait's Ministry of Justice – the Central Authority designated by the State of Kuwait for Hague Convention service. However, to date Kuwait's Ministry of Justice has neither provided Plaintiffs with notice that it has declined to effect service nor informed Plaintiffs that service has been effected. Therefore, Plaintiffs have not been able to effect service via the Hague Convention. Service cannot be made under 28 U.S.C. § 1608(a)(3) because the State of Kuwait objects to service by mail. Accordingly, service can only be perfected under 28 U.S.C. § 1608(a)(4).

U.S.  Austin  Boston  Charlotte  Harrisburg  Hartford  New York  Newport Beach  Palo Alto  Philadelphia  Princeton
San Francisco  Washington DC    EUROPE  Brussels  London  Luxembourg  Munich  Paris



Nancy Mayer-Whittington
December 20, 2007
Page 2

Enclosed for service please find two complete sets (including the Notice of Suit) of papers in English and two in Arabic for the State of Kuwait. I also enclose a check to the U.S. Department of State in the amount of $735, as required by 22 C.F.R. § 22.1. Please send the enclosed documents by courier to the following address:

>   Director of Special Consular Services
>   U.S. Department of State
>   2100 Pennsylvania Avenue, NW
>   Washington, D.C., 20520
>   Tel: (202) 736 - 9110

If you have any questions, please feel free to contact me at 215-994-2374. Thank you for your time and assistance

Sincerely,

Catherine J. Rosato

Enclosures

cc:   The Honorable Emmet G. Sullivan
      Thomas Wilner, Esquire
      Claudia Flores, Esquire
      Steven Watt, Esquire
      Rebecca P. Dick, Esquire
      David K. Kotler, Esquire
      Reid Weisbord, Esquire

## CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on December 20, 2007, I caused to be served via first class mail a true and correct copy of the foregoing Notice Of Status of Service of Process on the State of Kuwait:

    Thomas B. Wilner, Esquire
    Amanda E. Shafer, Esquire
    Justin Harrison, Esquire
    Shearman & Sterling LLP
    801 Pennsylvania Avenue, N.W.
    Suite 900
    Washington, D.C. 20004-2634

/s/ Rebecca P. Dick
Rebecca P. Dick
D.C. Bar No. 463197
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
Telephone:    202.261.3300