

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**CATHERINE J. ROSATO**

catherine.rosato@dechert.com
+1 215 994 2374 Direct
+1 215 655 2374 Fax

December 20, 2007

**VIA FEDERAL EXPRESS**

Nancy Mayer-Whittington
Clerk of Court
United States District Court
　for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:　<u>Sabbithi, et al. v. Al Saleh, et al., Case No. 07-CV-00115-EGS</u>

Dear Ms. Mayer Whittington:

We write this letter on behalf of our clients, Mani Kumari Sabbith, Joaquina Quadros, and Gila Sixtina Fernandes ("Plaintiffs"). Plaintiffs have filed a Complaint in United States District for the District of Columbia against the State of Kuwait, and others, seeking money damages for the injuries they suffered, including but not limited to: trafficking; slavery; forced labor; and assault when they were employed as domestic workers in the home of Defendants Major Waleed Kh N.S. Al Saleh and Maysaa Kh A.O.A. Al Omar. The State of Kuwait is named as a Defendant because Kuwait is responsible for the acts of its agent, Mjr. Al Saleh, a former Kuwaiti diplomat.

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), we request that service of the Notice of Suit, Summons and Complaint be made upon the State of Kuwait by the Clerk of the Court for the United States District Court, District of Columbia. Service under 28 U.S.C. § 1608 (a) (1) was attempted; however, the State of Kuwait refused service. Service under 28 U.S.C. § 1608 (a) (2) pursuant to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters ("Hague Convention") was also attempted. On March 25, 2007, the Summons and Complaint with Arabic Translation was delivered to the Kuwait's Ministry of Justice – the Central Authority designated by the State of Kuwait for Hague Convention service. However, to date Kuwait's Ministry of Justice has neither provided Plaintiffs with notice that it has declined to effect service nor informed Plaintiffs that service has been effected. Therefore, Plaintiffs have not been able to effect service via the Hague Convention. Service cannot be made under 28 U.S.C. § 1608(a)(3) because the State of Kuwait objects to service by mail. Accordingly, service can only be perfected under 28 U.S.C. § 1608(a)(4).


Dechert
LLP

Nancy Mayer-Whittington
December 20, 2007
Page 2

Enclosed for service please find two complete sets (including the Notice of Suit) of papers in English and two in Arabic for the State of Kuwait. I also enclose a check to the U.S. Department of State in the amount of $735, as required by 22 C.F.R. § 22.1. Please send the enclosed documents by courier to the following address:

>Director of Special Consular Services
>U.S. Department of State
>2100 Pennsylvania Avenue, NW
>Washington, D.C., 20520
>Tel: (202) 736 - 9110

If you have any questions, please feel free to contact me at 215-994-2374. Thank you for your time and assistance

Sincerely,

Catherine J. Rosato

Enclosures

cc: The Honorable Emmet G. Sullivan
Thomas Wilner, Esquire
Claudia Flores, Esquire
Steven Watt, Esquire
Rebecca P. Dick, Esquire
David K. Kotler, Esquire
Reid Weisbord, Esquire