Received
Mail Room

JAN 14 2008

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dir. of Special Consular
Svcs
U.S. Dept. of State
2100 Pennsylvania Ave, NW
Wash, DC 20520

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent
                 ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                  1-9-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7002 0860 0000 7774 4402

102595-02-M-1035