IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI et al., | : |
| *Plaintiffs*, | : |
| v. | : Case No. 1:07-cv-0115 -EGS |
| MAJOR WALEED KH N. S. AL SALEH, et al., | : |
| *Defendants*. | : |

### ENTRY OF APPEARANCE AND ATTORNEY CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)

The undersigned counsel, Araceli Martínez-Olguín, hereby (1) enters her appearance as one of the counsel for plaintiffs in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that she is a member in good standing of The State Bar of California and is providing representation to plaintiffs without compensation.

Dated: March 19, 2008

_____
Araceli Martínez-Olguín
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Tel:  (212) 519-7819
Fax:  (215) 549-2580
amartinez-olguin@aclu.org
California Bar No.: 235651

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on March 20, 2008, I caused to be served ia electronic filing a true and correct copy of the foregoing Entry of Appearance, on the fol owing:

Thomas B. Wilner, Esquire
Amanda Shafer, Esquire
Justin Harrison, Esquire
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004-2634

_____
Rebecca P. Dick