IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x

MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES

        Plaintiffs,

against -

MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT

        Defendants.

------------------------------------------------------------x

Case No. 07-CV-00115-EGS

## NOTICE OF ATTORNEY WITHDRAWAL

My co-counsel, Claudia M. Flores, has left the employment of The American Civil Liberties Union Foundation Women's Rights Project. Therefore, I respectfully provide notice pursuant to L.C.v.R. 83.6(b) of her withdrawal of appearance from the above-captioned matter. As shown on the three attached signature pages, all of the parties whom Dechert represents, Mani Kumari Sabbithi, Joaquina Quadros, and Gila Sixtina Fernandes, have consented to the withdrawal.

Respectfully submitted,

_____
Rebecca P. Dick

April 18,
~~March~~ __, 2008

Agreed:

_MANIKUMARI SABBITHI_    _3·20·08_
Mani Kumari Sabbithi                     Date



_____        _____
Joaquina Quadros                        Date



_____        _____
Gila Sixtina Fernandes                  Date

Agreed:

_____          _____
Mani Kumari Sabbithi               Date


_____          _3-21-2008_
Joaquina Quadros                   Date


_____          _____
Gila Sixtina Fernandes             Date

Agreed:

_____        _____

Mani Kumari Sabbithi                                  Date


_____        _____

Joaquina Quadros                                      Date


*[signature]*                                         03-20-08

Gila Sixtina Fernandes                                Date

## **CERTIFICATE OF SERVICE**

I, Rebecca P. Dick, hereby certify that on April 18, 2008, I caused to be served via electronic filing a true and correct copy of the foregoing Notice of Attorney Withdrawal, on the following:

Thomas B. Wilner, Esquire
Amanda Shafer, Esquire
Justin Harrison, Esquire
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004-2634

_____
Rebecca P. Dick