IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| **MANI KUMARI SABBITHI, et al.,** | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 07-115 (EGS) |
| **MAJOR WALEED KH N.S. AL SALEH,** **et al.,** | ) | |
| Defendants. | ) | |

## STATUS REPORT
## SUBMITTED BY THE UNITED STATES OF AMERICA

The United States of America, by and through undersigned counsel, hereby respectfully advises the Court that the Court's invitation to the United States Department of State to submit its views regarding this case remains under active consideration, and states as follows:

1. By letter dated March 20, 2008, the Court invited the Department of State to submit its views regarding this case. The Court indicated that it would appreciate a response by May 14, 2008.

2. By minute order of March 20, 2008, the Court denied Defendants' motion to dismiss and to quash service of process without prejudice pending a response from the Department of State. Accordingly, there are no pending motions in this case.

3. The United States's response requires further consideration and review by appropriate levels of the Departments of State and Justice. In addition, undersigned counsel has been unexpectedly called out of town because of a family illness, and does not expect to return until May 14, 2008.

4. The United States is actively reviewing the Court's invitation, but additional time is needed to complete that review. The United States expects to be able to communicate its views, if any, to the Court, or to advise the Court of the status of its consideration, by June 13, 2008. The United States appreciates the Court's patience in this regard.

Dated: May 12, 2008                              Respectfully submitted,

                                                 GREGORY G. KATSAS
                                                 Acting Assistant Attorney General

                                                 JEFFREY A. TAYLOR
                                                 United States Attorney

                                                 VINCENT M. GARVEY
                                                 Deputy Director, Federal Programs Branch

                                                 /s/ *Eric Beckenhauer*
                                                 ERIC B. BECKENHAUER
                                                 Cal. Bar No. 237526
                                                 Trial Attorney
                                                 U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 20 Massachusetts Ave. NW
                                                 Washington, DC 20530
                                                 Telephone: (202) 514-3338
                                                 Facsimile: (202) 616-8470
                                                 E-mail: eric.beckenhauer@usdoj.gov

                                                 *Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of May 2008, I caused the foregoing document to be served on all counsel of record electronically by means of the Court's CM/ECF system.

                                                 /s/ *Eric Beckenhauer*
                                                 ERIC B. BECKENHAUER