IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MANI KUMARI SABBITHI, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-115 (EGS) |
| ) | |
| **MAJOR WALEED KH N.S. AL SALEH,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

**STATUS REPORT**
**SUBMITTED BY THE UNITED STATES OF AMERICA**

The United States of America, by and through undersigned counsel, hereby respectfully advises the Court that the Court's invitation to the United States Department of State to submit its views regarding this case remains under active consideration, and states as follows:

1. By letter dated March 20, 2008, the Court invited the Department of State to submit its views regarding this case. The Court indicated that it would appreciate a response by May 14, 2008.

2. On May 12, 2008, the United States submitted a Status Report explaining that additional time was needed to consider the Court's invitation, and that the United States expected to be able to communicate its views, if any, to the Court, or to advise the Court of the status of its consideration, by June 13, 2008.

3. There are no pending motions in this case.

4. Additional time is needed, in part, because of a family illness that undersigned counsel referenced in the United States's May 12, 2008 Status Report. Undersigned counsel was

unexpectedly called out of town on May 24, 2008 and, to the extent possible, has been working from out of town with reduced hours since then. This affected the ability to coordinate the views of the Government with respect to this matter.

5. The United States's response requires further careful consideration and review by appropriate levels of the Departments of State and Justice. Although the Executive Branch is actively examining the issues of treaty construction and international law presented by this case, as well as the diplomatic implications of its potential involvement, it is not yet in a position to submit a response.

6. The United States expects to be able to communicate its views, if any, to the Court, or to advise the Court of the status of its consideration, by July 22, 2008. The United States appreciates the Court's invitation and its continued patience in this regard.

Dated:    June 13, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

/s/ *Eric Beckenhauer*
ERIC B. BECKENHAUER
Cal. Bar No. 237526
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

*Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of June 2008, I caused the foregoing document to be served on all counsel of record electronically by means of the Court's CM/ECF system.

          /s/ *Eric Beckenhauer*
         ERIC B. BECKENHAUER