IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES,<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>Defendants. | Civil Action<br>No. 07-CV-00115-EGS |

## NOTICE OF APPEARANCE

Pursuant to L.C.v.R. 83.6(a), I hereby submit my appearance as counsel for the Plaintiffs in the above-captioned matter.

Respectfully submitted,

*Tara R. Kelly*
Tara R. Kelly
D.C. Bar No. 438241

DECHERT LLP
1774 I St., N.W.
Washington, D.C. 20006
(202) 261-3329
tara.kelly@dechert.com

July 29, 2008

## CERTIFICATE OF SERVICE

I, Tara R. Kelly, hereby certify that on July 29, 2008, I caused to be served via electronic filing a true and correct copy of the foregoing Notice of Appearance on the following counsel for Respondents:

Thomas B. Wilner, Esquire
Amanda Shafer, Esquire
Justin Harrison, Esquire
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004-2634

_____
Tara R. Kelly