IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES,

Plaintiffs,

v.

Case No.: 07-CV-00115-EGS

MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,

Defendants.

## NOTICE OF STATUS OF SERVICE OF PROCESS ON THE STATE OF KUWAIT

Plaintiffs Mani Kumari Sabbithi, Joaquina Quadros, and Gila Sixtina Fernandes
("Plaintiffs"), through their undersigned counsel, respectfully advise the Court of the status of
service of process on the State of Kuwait ("Kuwait").

As set forth in the Joint Status Report filed on December 4, 2007 (Dkt. No. 37), pursuant
to 28 U.S.C. § 1608 (a)(2), on March 25, 2007 the Summons and Complaint with Arabic
Translation were delivered to Kuwait's Ministry of Justice – the Central Authority designated by
Kuwait for service pursuant to the Hague Convention on the Service Abroad of Judicial and
Extra-Judicial Documents in Civil and Commercial Matters ("Hague Service Convention").[1]  To
date, Kuwait's Ministry of Justice has neither provided Plaintiffs with a certificate that the

---

[1]     Kuwait acceded to the Hague Service Convention on May 8, 2002, and the Convention
entered into force with respect to Kuwait on December 1, 2002.  *See*
http://www.hcch.net/index_en.php?act=conventions.status&cid=17#nonmem.

Summons and Complaint have been served, nor has it informed Plaintiffs that it has refused to comply with the request.[2]

Given Kuwait's failure to respond to Plaintiffs' service attempts via the Hague Service Convention, Plaintiffs initiated service of process pursuant to 28 U.S.C. § 1608(a)(4), which provides for service pursuant to diplomatic channels.[3] On December 20, 2007, Plaintiffs' counsel sent a letter to the Clerk of the Court requesting that the Summons and Complaint, Notice of Suit, and Notice of Electronic Case filing be served on the State of Kuwait through diplomatic channels. *See* Dkt. No. 40. On January 3, 2008, the Clerk of the Court sent by certified mail to the Bureau of Consular Affairs, Office of Policy Review and Inter-Agency Liaison, two copies of the summons and complaint, notice of suit, and translations of the same into Arabic for service on the State of Kuwait. *See* Dkt No. 41. The summons and complaint and notice of suit were delivered to the Bureau of Consular Affairs on January 9, 2008. *See* Dkt No. 42.

By letter dated February 7, 2008, William P. Fritzlen, Esquire, Attorney-Advisor at the Office of Policy Review and Inter-Agency Liaison, advised Plaintiffs' counsel, that the State

---

[2]     Kuwait's Ministry of Justice may only refuse to comply with a Hague Service request if it deems that compliance with the request would interfere with its sovereignty or security. *See* Hague Service Convention, art. 13. Moreover, in the event of such a refusal, the Ministry of Justice is required to promptly inform the applicant and state the reasons for the refusal. *Id.*

[3]     28 U.S.C. § 1608(a)(4) states: "If service cannot be made within 30 days under paragraph (3), by sending two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services--and the Secretary shall transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted." Plaintiffs did not attempt service pursuant to 28 U.S.C. § 1608(a)(3) because Kuwait does not accept service by mail.

Department required a revised summons and a check payable to the "U.S. Embassy Kuwait" in order to process the request for service. *See* Letter attached as Exhibit A. On March 7, 2008 Plaintiffs' counsel delivered to Mr. Fritzlen, by hand, a revised summons and the requested check. *See* Letter attached as Exhibit B. On July 30, 2008, after several efforts to contact Mr. Fritzlen by telephone in order to ascertain the status of service of process, Plaintiffs' counsel sent a letter to Mr. Fritzlen via overnight mail requesting that he advise Plaintiffs of the status of service on Kuwait. *See* Letter attached as Exhibit C. Plaintiffs' counsel followed up that letter with a voicemail message to Mr. Fritzlen on August 2, 2008. To date, Mr. Fritzlen has not responded to Plaintiffs' request and the Court has not received a diplomatic note indicating that service by diplomatic means has been effected.

Dated: August 8, 2008                    Respectfully submitted,

*/s/ Tara R. Kelly*
David A. Kotler*
Tara R. Kelly (D.C. Bar No. 438241)
Catherine J. Rosato*
Reid K. Weisbord*
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006

Lenora M. Lapidus*
Araceli Martinez-Olguín*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004

Steven MacPherson Watt*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004

*Attorneys for plaintiffs*
*not admitted in this District

# EXHIBIT A



**United States Department of State**

*Washington, D.C. 20520*

February 7, 2008

Rebecca P. Dick
Dechert, LLP
1775 I Street, NW
Washington, DC 20006-2401

Re: Mani Kumari Sabbithi, et al. v. Major
Waleed KH N.S. Al Saleh, et al., No 1:07-cv-00115 (EGS)

Dear Ms. Dick:

This is in response to your request for service of process of a summons, complaint and notice of suit upon the State of Kuwait under 28 U.S.C. 1608(a)(4). The summonses you submitted with this request specify a twenty day period to answer. 28 U.S.C. 1608(e) provides a sixty day time period for an answer after service has been effected.

Additionally the check submitted in the amount of $735.00 is made out to the Department of State. It should be made payable to "U.S. Embassy Kuwait." I am returning the check that you submitted.

If you wish you may sent the corrected summonses and check directly to this office. Packages sent via the U.S. Postal Service should be addressed to:

Office of Policy Review and Inter-Agency Liaison
CA/OCS/PRI
U.S. Department of State
SA-29, 4th Floor
2201 C Street, NW
Washington, DC 20520

Deliveries by courier or package service should be sent to:

      Office of Policy Review and Inter-Agency Liaison
      CA/OCS/PRI
      U.S. Department of State
      SA-29, 4th Floor
      2100 Pennsylvania Ave. NW
      Washington, DC 20037

      Once you have provided a new check and summonses we will be able to process your request. If you have any questions please do not hesitate to contact me at (202) 736-9115.

                        Sincerely,

                        William P. Fritzlen
                        Attorney-Adviser
      Office of Policy Review and Inter-Agency Liaison

Enclosure as stated

RECEIVED

FEB 15 2008

DECHERT LLP

# EXHIBIT B

# Dechert
LLP

1775 I Street, N.W.
Washington, DC 20006-2401
+1 202 261 3300 Main
+1 202 261 3333 Fax
www.dechert.com

REBECCA P. DICK

rebecca.dick@dechert.com
+1 202 261 3432 Direct
+1 202 261 3031 Fax

March 7, 2008

BY HAND

William P. Fritzlen, Esq.
Office of Policy Review and Inter-Agency Liaison
CA/OCS/PRI
U.S. Department of State
SA-29, 4th Floor
2100 Pennsylvania Ave., NW
Washington, D.C. 20037

Re: *Mani Kumari Sabbithi, et al., v. Major Waleed KH N.S. Al Saleh, et al.,*
No. 1:07-cv-00115 (EGS) (D.D.C.)

Dear Mr. Fritzlen:

Enclosed are a new check and summons relating to the above-captioned case, as directed by your letter of February 7. The check is made out to the U.S. Embassy in Kuwait in the amount of $735.00. The summons has a return date of sixty days. Copies of the summons in both English and Arabic are enclosed.

If you have any questions, please contact me at 202-261-3432. Thank you very much for your assistance.

Best regards,

Rebecca P. Dick

Enclosures

cc: Thomas Wilner, Esq.
Claudia Flores, Esq.
Steven Watt, Esq.
Catherine J. Rosato, Esq.
David K. Kotler, Esq.
Reid Weisbord, Esq.

123643
Dechert LLP

U. S. Embassy Kuwait

2929 Arch Street, Philadelphia, PA 19104-2808

CHECK NUMBER:
AMOUNT:

1132176
$735.00

| REF. # | INV. # | DATE | G/L ACCT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------|---------------------|-------------|
| 1662546 | 13530 | 02/15/08 | 13300000000010100000000 | SERVICE OF PROCESS OF SUMMON | 735.00 |

DATE
02/20/08

Dechert LLP
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104-2808

1132176

62-20/311
CITIBANK DELAWARE
ONE PENN'S WAY
NEW CASTLE, DE 19720

AMOUNT

SEVEN HUNDRED THIRTY-FIVE AND 00/100 US Dollars

$735.00

VOID AFTER 120 DAYS

PAY
TO THE
ORDER OF

U. S. Embassy Kuwait

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈1132176⑈ ⑈031100209⑈ 3868504⑈

AO440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Mani Kumari Sabbithi, Joaquina Quadros,
and Gila Sixtina Fernandes

                                        SUMMONS IN A CIVIL CASE

V.

Major Waleed SH N.S. Al Saleh, Maysaa KH
A.O.A.  Al Omar, and State of Kuwait

                        CASE NUMBER:    1:07-cv-00115 (EGS)

TO: (Name and address of Defendant)

The State of Kuwait
Ministry of Justice
International Relations Department
Ministries Complex
Building No. 14
Safaat 13001
Kuwait City, Kuwait

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rebecca P. Dick, Esq.
Dechert LLP
1775 I Street, N.W.
Washington, D.C. 2006-2401

an answer to the complaint which is served on you with this summons, within _____ sixty (60) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 1 9 2008

_____        DATE
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                     Date                                  *Signature of Server*


_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO440 (Rev. DC- September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Mani Kumari Sabbithi, Joaquina Quadros,
and Gila Sixtina Fernandes

**SUMMONS IN A CIVIL CASE**

V.

Major Waleed SH N.S. Al Saleh, Maysaa KH
A.O.A. Al Omar, and State of Kuwait

CASE NUMBER:    1:07-cv-00115 (EGS)

TO: (Name and address of Defendant)

The State of Kuwait
Ministry of Justice
International Relations Department
Ministries Complex
Building No. 14
Safaat 13001
Kuwait City, Kuwait

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rebecca P. Dick, Esq.
Dechert LLP
1775 I Street, N.W.
Washington, D.C. 2006-2401

an answer to the complaint which is served on you with this summons, within _____ sixty (60) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 19 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. DC–September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICE | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                    Signature of Server

                                _____
                                Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

المحكمة الابتدائية الأمريكية
مقاطعة كولومبيا

ماتي كومارى سايبل وجواكويتا فرانزوس وجيلا سيكستينا فيرناندس

استدعاء في دعوى مدنية

ضد

الراند وايد شو فريس، آل صالح ومؤسسة خ. أرعا، آل صبر ودولة الكويت

رقم الدعوى: 1:07-cv-00115 (EGS)

إلى: (اسم وعنوان المدعى عليه)

دولة الكويت
وزارة العدل
إدارة العلاقات الدولية
مجمع الوزارات
بناية رقم 14
ص.ب. 13001
مدينة الكويت، الكويت

بمقتضى هذا أنتم مستدعون ومطالبون للتقدم الى محامى المدعي (الاسم والعنوان)
Rebecca P. Dick, Esq.
Dechert LLP
1775 I Street, N.W.
Washington, D.C.2006-2401

برد على الشكوى المقدمة ضدكم بهذا الاستدعاء، في غضون ستين (60) يوم بعد إعلامكم بهذا الاستدعاء، باستثناء يوم الإعلان، وفي حال تقاعسكم عن القيام بذلك فسوف يصدر ضدكم حكماً غيابياً بالتعويض المطالب به في الشكوى، مع العلم أن أي رد تعلنون به لأطراف هذه الدعوى لابد من إيداعه لدى كاتب هذه المحكمة في غضون فترة معقولة من الزمن بعد الإعلان.

نانسي ماير-واتنغتون
توقيع كاتب المحكمة: _____ توقيع—
19 فبراير 2008
التاريخ

AO 440 (Rev.DC- September 2003) استدعاء في دعوى مدنية

| مرجع الإعلان | | |
| --- | --- | --- |
| تم إعلان الاستدعاء والشكوى بمعرفي (1) | التاريخ | |
| اسم المعلن (طباعة) | اللقب | |
| ضع علامة على صندوق واحد أدناه لتحديد طريقة الإعلان المناسبة | | |
| O أعلن شخصياً على المدعى عليه، المكان الذي تم الإعلان فيه: | | |
| O تركت نسخاً منه بمحل سكن المدعى عليه أو بمحل إقامته المعتاد لدى شخص راشد وعاقل يقيم معه حينئذ. اسم الشخص الذي تُرك معه الاستدعاء والشكوى: | | |
| O أرجع بدون تنفيذ: | | |

O أخرى (حدد):

| القـر | | خدمات | إجمالي |
|---|---|---|---|

بيان رسم الإعلان

بيان المعلن

أعلن رهنا بحرية المعلن الكاتب طبقا للقوانين السارية في الولايات المتحدة الأمريكية بأن المعلومات المتضمنة الواردة في مرجع الإعلان وبيان رسم الإعلان صحيحة وأمينة.

نفذ بتاريخ

التاريخ                     توقيع المعلن

عنوان المعلن

(1) لمعرفة من يجوز له إعلان استخدام يرجى مطالعة القاعدة 4 من القواعد الفيدرالية للإجراءات المدنية

المحكمة الإبتدائية الأمريكية

مقاطعة كولومبيا

ماني كومباري سايني ووواكوينا أوفادروس وجولا سيكستونا فين ثانس

استدعاء في دعوى مدنية

ضد

الرائد وليد فن زبير، آل صباح وماسة خراجها، آل صبر ودولة الكويت

رقم الدعوى: 1:07-cv-00115 (EGS)

إلى: (اسم وعنوان المدعى عليه)

دولة الكويت
وزارة العدل
إدارة العلاقات الدولية
مجمع الوزارات
بناية رقم 14
الصالة 13001
مدينة الكويت، الكويت

بمقتضى هذا أنتم مستدعون ومطالبون للتقدم إلى محامي المدعي (الاسم والعنوان)

Rebecca P. Dick, Esq.
Dechert LLP
1775 I Street, N.W.
Washington, D.C.2006-2401

برد على الشكوى المقامة ضدكم بهذا الاستدعاء، في خضون ستين (60) يوم بعد إعلانكم بهذا الاستدعاء باستثناء يوم الإعلان، وفي حال تقاصيكم عن القيام بذلك، فسوف يصدر ضدكم حكماً غيابياً بالتعويض المطالب به في الشكوى مع العلم أن أي رد تعلنون به أطرافه هذه الدعوى لابد من إيداعه لدى كاتب هذه المحكمة في خضون فترة معقولة من الزمن بعد الإعلان.

نانسي ماير وايتنغتون
توقيع كاتب المحكمة:    ــ توقيع ــ
التاريخ    19 فبراير 2008

ختم الإعلان

AO 440 (Rev.DC- September 2003) استدعاء في دعوى مدنية

| ختم الإعلان | | |
|---|---|---|
| (1) تم إعلان الاستدعاء والشكوى بمعرفتي | التاريخ | |
| اسم المعلن (طباعة) | اللقب | |

ضع علامة على صندوق واحد أدناه لتحديد طريقة الإعلان المناسبة

O أعلنت شخصياً على المدعى عليه، فلكان محل الإعلان: _____

O تركت نسخا منه بمحل سكن المدعى عليه أو بمحل إقامته المعتاد لدى شخص راشد وعاقل يقيم معه حينئذٍ. اسم الشخص الذي تركت معه الاستدعاء والشكوى: _____

O أرجع بدون تنفيذ: _____

| | | |
|---|---|---|
| O أخرى (حدد): | _____ | |
| | _____ | |
| | _____ | |

**بيان رسوم الإعلان**

| السفر | خدمات | إجمالي |
|---|---|---|

**بيان المعلن**

أعلن رنا بمقتضى القانون الكاتب طبقاً للقوانين السارية في الولايات المتحدة الأمريكية بأن المعلومات المنصرمة الواردة في مرتجع الإعلان وبيان رسوم الإعلان صحيحة وأمينة.

نفذ بتاريخ _____       التاريخ _____

توقيع المعلن

عنوان المعلن _____

(1) لمعرفة من يجوز له إعلان استخدام يرجى مطالعة القاعدة 4 من القواعد الفيدرالية للإجراءات المدنية

# EXHIBIT C



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com
CATHERINE J. ROSATO
catherine.rosato@dechert.com
+1 215 994 2374 Direct
+1 215 655 2374 Fax

July 30, 2008

**VIA FEDERAL EXPRESS**

William P. Fritzlen, Esq.
Office of Policy Review and Inter-Agency Liason
CA/OCS/PRI
U.S. Department of State
SA-29, 4th Floor
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037

Re: Sabbithi, et. al v. Al-Saleh, et al., No. 1:07-cv-00115 (EGS) (D.D.C.)

Dear Mr. Fritzlen:

We represent the plaintiffs in the above-referenced matter. I write regarding our efforts to serve the summons and complaint on the State of Kuwait.

On January 3, 2008, the Clerk of the United States District Court for the District of Columbia sent by certified mail to the Bureau of Consular Affairs, Office of Policy Review and Inter-Agency Liason, two copies of the summons and complaint, notice of suit, and translations of the same into Arabic for service on the State of Kuwait pursuant to 28 U.S.C. § 1608(a)(3). (*See* attached certificate of mailing.) The summons and complaint and notice of suit were delivered to the Bureau of Consular Affairs on January 9, 2008 (*See* attached certified mail receipt). By letter dated February 7, 2008, you advised my colleague, Rebecca P. Dick, that you needed a revised summons and a check payable to the "U.S. Embassy of Kuwait" in order to process our request for service. (*See* attached letter.) On March 7, 2008 we delivered to you by hand a revised summons and the requested check. (*See* attached letter.)

To date, the court has still not received a diplomatic note indicating that service by diplomatic means has been effected. I have attempted to telephone you on several occasions to find out the status of service, but have received no response. I would appreciate your telephoning me at (215) 994 2374 to advise me when and if service was effected and whether there is additional information needed from us. I look forward to hearing from you.

Sincerely,

Catherine J. Rosato

Enclosures

cc:    Araceli Martinez-Olguin, Esq.

Austin  Boston  Charlotte  Hartford  New York  Newport Beach  Philadelphia  Princeton  San Francisco  Silicon Valley  Washington DC
Brussels  London  Luxembourg  Munich  Paris

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_Sabbithi, et al_
_____
                Plaintiff(s)

        v.

_Al-Saleh, et al._
_____
                Defendant(s)

Civil Action No. **07-115 (EGS)**

**CERTIFICATE OF MAILING**

I hereby certify under penalty of perjury, that on the **3rd** day of _JANUARY_____, **2008**, I mailed:

[ ] Copy of the summons and complaint by registered mail, return receipt requested, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

[ ] Copy of the summons and complaint, together with a translation of each into the official language of the foreign state to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. 1608(b)(3)(B).

[ ] Copy of the summons and complaint and a notice of suit together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 USC 1608(a)(3).

[X] Two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the Bureau os Consular Affairs, Office of Policy Review & Interagency Liaison, 1800 G Street, NW, Suite 2100, Washington, D.C. 20522, Attn: Edward Betancourt, pursuant to the provisions of 28 USC 1608(a)(4).

[ ] Copy of plaintiff's Notice of Attachment Before Judgment by first class mail.

NANCY MAYER-WHITTINGTON, CLERK

By _____ _For Jackie Francis_
                Deputy Clerk





Received
Mail Room

JAN 1 4 2008

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

<table>
<tr><td colspan="2">SENDER: COMPLETE THIS SECTION</td><td colspan="2">COMPLETE THIS SECTION ON DELIVERY</td></tr>
</table>

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

1. Article Addressed to:

Dir. of Special Consular
Svcs.
U.S. Dept of State
2100 Pennsylvania Ave, NW
Wash. DC 20520

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number     7002 0860 0000 7774 4402

102595-02-M-1035



**United States Department of State**

*Washington, D.C. 20520*

February 7, 2008

Rebecca P. Dick
Dechert, LLP
1775 I Street, NW
Washington, DC 20006-2401

Re: Mani Kumari Sabbithi, et al. v. Major
Waleed KH N.S. Al Saleh, et al., No 1:07-cv-00115 (EGS)

Dear Ms. Dick:

This is in response to your request for service of process of a summons, complaint and notice of suit upon the State of Kuwait under 28 U.S.C. 1608(a)(4). The summonses you submitted with this request specify a twenty day period to answer. 28 U.S.C. 1608(e) provides a sixty day time period for an answer after service has been effected.

Additionally the check submitted in the amount of $735.00 is made out to the Department of State. It should be made payable to "U.S. Embassy Kuwait." I am returning the check that you submitted.

If you wish you may sent the corrected summonses and check directly to this office. Packages sent via the U.S. Postal Service should be addressed to:

Office of Policy Review and Inter-Agency Liaison
CA/OCS/PRI
U.S. Department of State
SA-29, 4th Floor
2201 C Street, NW
Washington, DC 20520

Deliveries by courier or package service should be sent to:

> Office of Policy Review and Inter-Agency Liaison
> CA/OCS/PRI
> U.S. Department of State
> SA-29, 4th Floor
> 2100 Pennsylvania Ave. NW
> Washington, DC 20037

Once you have provided a new check and summonses we will be able to process your request.  If you have any questions please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney-Adviser
Office of Policy Review and Inter-Agency Liaison

Enclosure as stated

RECEIVED

FEB 15 2008

DECHERT LLP



1775 I Street, N.W.
Washington, DC 20006-2401
+1 202 261 3300 Main
+1 202 261 3333 Fax
www.dechert.com

REBECCA P. DICK

rebecca.dick@dechert.com
+1 202 261 3432 Direct
+1 202 261 3031 Fax

March 7, 2008

BY HAND

William P. Fritzlen, Esq.
Office of Policy Review and Inter-Agency Liaison
CA/OCS/PRI
U.S. Department of State
SA-29, 4th Floor
2100 Pennsylvania Ave., NW
Washington, D.C. 20037

     Re: *Mani Kumari Sabbithi, et al., v. Major Waleed KH N.S. Al Saleh, et al.,*
       No. 1:07-cv-00115 (EGS) (D.D.C.)

Dear Mr. Fritzlen:

Enclosed are a new check and summons relating to the above-captioned case, as directed by your letter of February 7. The check is made out to the U.S. Embassy in Kuwait in the amount of $735.00. The summons has a return date of sixty days. Copies of the summons in both English and Arabic are enclosed.

If you have any questions, please contact me at 202-261-3432. Thank you very much for your assistance.

Best regards,

Rebecca P. Dick

Enclosures

cc: Thomas Wilner, Esq.
    Claudia Flores, Esq.
    Steven Watt, Esq.
    Catherine J. Rosato, Esq.
    David K. Kotler, Esq.
    Reid Weisbord, Esq.

Austin  Boston  Charlotte  Hartford  New York  Newport Beach  Philadelphia  Princeton  San Francisco  Silicon Valley  Washington DC
Brussels  London  Luxembourg  Munich  Paris

| 122543<br>Dechert LLP | U. S. Embassy Kuwait | | 2929 Arch Street, Philadelphia, PA 19104-2808 | | CHECK NUMBER:<br>AMOUNT: | 1132176<br>$735.00 |
| --- | --- | --- | --- | --- | --- | --- |
| REF. # | INV. # | DATE | G/L ACCT | INVOICE DESCRIPTION | | AMOUNT PAID |
| 1662545 | 13530 | 02/15/08 | 13300000000001010009000 | SERVICE OF PROCESS OF SUMMON | | 735.00 |

| DATE<br>02/20/08 | Dechert LLP<br>CIRA CENTRE<br>2929 ARCH STREET<br>PHILADELPHIA, PA 19104-2808 | 1132176 |
| --- | --- | --- |
| 62-20/311<br>**CITIBANK DELAWARE**<br>ONE PENN'S WAY<br>NEW CASTLE, DE 19720 | | **AMOUNT** |
| SEVEN HUNDRED THIRTY-FIVE AND 00/100 US Dollars | | $735.00 |

VOID AFTER 120 DAYS

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

PAY
TO THE
ORDER OF    U. S. Embassy Kuwait

⑈1132176⑈ ⑆031100209⑆ 38685041⑈

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Mani Kumari Sabbithi, Joequina Quadros,
and Gila Sixtina Fernandes

**SUMMONS IN A CIVIL CASE**

V.

Major Waleed SH N.S. Al Saleh, Maysaa KH
A.O.A. Al Omar, and State of Kuwait

CASE NUMBER:    1:07-cv-00115 (EGS)

TO: (Name and address of Defendant)

The State of Kuwait
Ministry of Justice
International Relations Department
Ministries Complex
Building No. 14
Safaat 13001
Kuwait City, Kuwait

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rebecca P. Dick, Esq.
Dechert LLP
1775 I Street, N.W.
Washington, D.C. 2006-2401

an answer to the complaint which is served on you with this summons, within _____ **sixty (60)** _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB 19 2008

_____           _____
CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO440 (Rev. DC–September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

G   Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                                        *Signature of Server*


                                                        _____
                                                                    *Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Meni Kumari Sabbithi, Joaquina Quadros,
and Gila Sixtina Fernandes

                                                    **SUMMONS IN A CIVIL CASE**

**V.**

Major Waleed SH N.S. Al Saleh, Maysaa KH
A.O.A. Al Omar, and State of Kuwait

                            CASE NUMBER:   1:07-cv-00115 (EGS)

TO: (Name and address of Defendant)

The State of Kuwait
Ministry of Justice
International Relations Department
Ministries Complex
Building No. 14
Safaat 13001
Kuwait City, Kuwait

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rebecca P. Dick, Esq.
Dechert LLP
1775 I Street, N.W.
Washington, D.C. 2006-2401

an answer to the complaint which is served on you with this summons, within _____ **sixty (60)** _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB 19 2008

_____           _____
CLERK                                      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC–September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
  Date              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

المحكمة الابتدائية الأمريكية
مقاطعة كولومبيا

ملي كيماري سايني وجولاكونا أفلادروس وجولا سيكستوتنا فير للقدس

استدعاء في دعوى مدنية

ضد

الرائد وليد فى تميم, آل صباح وملبسة خ ازعبا, آل صبر ودولة الكويت

رقم القضوى: (EGS) 1:07-cv-00115

إلى: (اسم وعنوان المدعى عليه)

دولة الكويت
وزارة العدل
إدارة العلاقات الدولية
مجمع الوزارات
بناية رقم 14
الصلة 13001
مدينة الكويت الكويت

بمقتضى هذا أنتم مستدعون ومطالبون للتقدم الى محلي للمدعي (الاسم والعنوان)
Rebecca P. Dick, Esq.
Dechert LLP
1775 I Street, N.W.
Washington, D.C.2006-2401

يرد على الشكوى المقدمة ضدكم بهذا الاستدعاء في غضون ستين (60) يوم وبعد إعلامكم بهذا الاستدعاء,
باستثناء يوم الإعلان, وفي حال تقاعسكم عن القيام بذلك سوف يصدر ضدكم حكماً غيابياً بالتعويض المطالب
به في الشكوى. مع العلم أن أي رد تطنون به لطراف هذه الدعوى لابد من إيداعه لدى كتاب هذه المحكمة في
غضون قترة معقولة من الزمن بعد الإعلان.

ناتسي مأيرـولايتنجذون                    19 فبراير 2008
توقيع كتاب المحكمة:  ــ توقيع ــ          التاريخ

AO 440 (Rev.DC- September 2003) استدعاء في دعوى مدنية

| مرجع الإعلان | | |
|---|---|---|
| تم إعلان الاستدعاء والشكوى بمعرفي (1) | التاريخ | |
| اسم المعلن (طباعة) | اللقب | |
| ضع علامة على صندوق واحد لتحديد طريقة الإعلان المناسبة | | |
| O أعلنت شخصياً على المدعى عليه. المكان محل الإعلان: | | |
| O تركت نسخا منه بمحل سكن المدعى عليه أو بمحل إقامته المعتاد لدى شخص راشد وعاقل يقيم معه حينئذ. اسم الشخص الذي ترك معه الاستدعاء والشكوى: | | |
| O أرجع بدون تنفيذ: | | |

O أخرى (حدد): _____

_____

_____

**بيان رسم الإعلان**

| المسار | خدمات | الإجمالي |
|---|---|---|

**بيان المعلن**

أعلن رهنا بعقوبة الحلفان الكاذب علينا للقوانين السارية في الولايات المتحدة الأمريكية بأن المعلومات المتضمنة الواردة في مرفجع الإعلان وبيان رسم الإعلان صحيحة وأمينة.

نفذ بتاريخ _____

التاريخ    توقيع المعلن

_____

عنوان المعلن

(1) لمعرفة من يجوز له إعلان استخدام يرجى مطالعة القاعدة 4 من القواعد الفيدرالية للإجراءات المدنية

المحكمة الابتدائية الأمريكية
مقاطعة كولومبيا

ماري كومارو ساييني وجواكوينا أفوادروس وجولا سيكستينا أفزانلنس

استخدام في دعوى مدنية          ضد

الراشد وليد بن زبير، آل صالح ومباسة خ أزهرا، آل عصر ودولة الكويت

رقم الدعوى: 1:07-cv-00115 (EGS)

إلى: (اسم وعنوان المدعي عليه)

دولة الكويت
وزارة العدل
إدارة العلاقات الدولية
مجمع الوزارات
بناية رقم 14
المنطقة 13001
مدينة الكويت، الكويت

بمقتضى هذا أنتم مستدعون ومطالبون للتقدم الى محامي المدعي (الاسم والعنوان)

Rebecca P. Dick, Esq.
Dechert LLP
1775 I Street, N.W.
Washington, D.C.2006-2401

برد على الشكوى المقامة ضدكم بهذا الاستدعاء في غضون ستين (60) يوم بعد إعلامكم بهذا الاستدعاء، باستثناء يوم الإعلان، وفي حال تقاصركم عن القيام بذلك، فسوف ضدكم حكماً غيابياً بالتعويض المطالب به في الشكوى، مع العلم أن أي رد تعثرون به لأطراف هذه الدعوى لابد من إيداعه لدى كاتب هذه المحكمة في غضون فترة معقولة من الزمن بعد الإعلان.

نانسي ماير وايتنجتون

توقيع كاتب المحكمة: ــ توقيع ــ      19 فبراير 2008
التاريخ

AO 440 (Rev.DC- September 2003) استدعاء في دعوى مدنية

| مرتجع الإعلان | | |
|---|---|---|
| تم إعلان الاستدعاء والشكوى بمعرفتي (1) | التاريخ | |
| اسم المعلن (طباعة) | اللقب | |
| ضع علامة على صندوق واحد أدناه لتحديد طريقة الإعلان المتبعة | | |
| O أطلعت شخصياً على المدعي عليه. المكان محل الإعلان: | | |
| O تركت نسخاً منه بمحل سكن المدعي عليه أو بمحل إقامته المعتاد لدى شخص راشد وعاقل يقيم معه حينئذ. اسم الشخص الذي تركت معه الاستدعاء والشكوى: | | |
| O ارجع بدون تنفيذ: | | |

O أخرى (حدد): ــــــــــــــــــــــ
ــــــــــــــــــــــ
ــــــــــــــــــــــ

| بيان رسوم الإعلان | | |
|---|---|---|
| السفر | خدمات | إجمالي |

**بيان المعلن**

أعلن رسمياً بعقوبة الحنث لكاذب طبقاً للقوانين السارية في الولايات المتحدة الأمريكية بأن المعلومات المتضمنة الواردة في مرتجع الإعلان وبيان رسوم الإعلان صحيحة وأمينة.

نفذ بتاريخ ــــــــــــــــ    التاريخ ــــــــــــــــ    توقيع المعلن

عنوان المعلن ــــــــــــــــــــــ

(1) لمعرفة من يجوز له إعلان استدعاء يرجى مطالعة القاعدة 4 من القواعد الفيدرالية للإجراءات المدنية

## CERTIFICATE OF SERVICE

I, Tara R. Kelly, hereby certify that on August 8, 2008, I caused to be served via first class mail a true and correct copy of the foregoing Notice Of Status of Service of Process on the State of Kuwait:

Thomas B. Wilner, Esquire
Amanda E. Shafer, Esquire
Justin Harrison, Esquire
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004-2634

*/s/ Tara R. Kelly*
Tara R. Kelly
D.C. Bar No. 438241
1775 I Street, N.W.
Washington, D.C. 20006
Telephone:    202.261.3300