IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>Defendants. | Case No.: 07-CV-00115-EGS |

### CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' RENEWED MOTION TO DISMISS AND TO QUASH SERVICE OF PROCESS

Plaintiffs Mani Kumari Sabbithi, Joaquina Quadros and Gila Sixtina Fernandes ("Plaintiffs"), through their undersigned counsel, move the Court for a 14-day enlargement of time, from August 14, 2008, to and including August 28, 2008, within which to file a memorandum of points and authorities in opposition to Defendants Major Waleed KH N. S. Al Saleh's and Maysaa KH A. O. Al Omar's Renewed Motion to Dismiss and to Quash Service of Process. Pursuant to LCvR 7(m), counsel for Plaintiffs has conferred with counsel for Defendants Al Saleh and Al Omar, Thomas Wilner, who has stated that Defendants Al Saleh and Al Omar consent to this enlargement of time.

A proposed Order is attached to this Consent Motion.

Dated: August 8, 2007

                                    Respectfully submitted,

                                    */s/ Tara Kelly*
David A. Kotler*
Tara Kelly (D.C. Bar No. 438241)
Catherine J. Rosato*
Reid K. Weisbord*
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300

Lenora M. Lapidus*
Araceli-Martinez-Olguin*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2644

Steven MacPherson Watt*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7870

*Attorneys for plaintiffs*
\*not admitted in this District

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES<br><br>Plaintiffs,<br><br>v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>Defendants. | Case No.: 07-CV-00115-EGS |

## ORDER

The Court, having considered the motion by Plaintiffs Mani Kumari Sabbithi, Joaquina Quadros and Gila Sixtina Fernandes for a 14-day enlargement of time to respond to Defendants' Renewed Motion to Dismiss and to Quash Service of Process, to and including August 28, 2008, hereby **ORDERS** that the motion is **GRANTED**.

Dated: August ____, 2008

_____
District Judge Emmet G. Sullivan

**CERTIFICATE OF SERVICE**

I, Tara Kelly, hereby certify that on August 8, 2008, I caused to be served via first class mail a true and correct copy of the foregoing Consent Motion For Enlargement of Time to Respond to Defendants' Renewed Motion to Dismiss and to Quash Service of Process and a copy of the proposed Order attached thereto, on the following:

>Thomas B. Wilner, Esquire
>Shearman & Sterling LLP
>801 Pennsylvania Avenue, N.W.
>Suite 900
>Washington, D.C. 20004-2634

>*/s/ Tara Kelly*
>Tara Kelly
>D.C. Bar No. 438241
>1775 I Street, N.W.
>Washington, D.C. 20006
>Telephone: 202.261.3300