IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES

    Plaintiffs,

against -

MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF
KUWAIT

    Defendants.

------------------------------------------------------------x

Case No.: 1:07-cv-0115 EGS

**ENTRY OF APPEARANCE AND ATTORNEY
CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)**

The undersigned counsel, Jennifer L. Rellis, hereby (1) enters her appearance as one of the counsel for plaintiffs in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that she is a member in good standing of the Bar of the Commonwealth of Pennsylvania and is providing representation to plaintiffs without compensation.

Dated: August 14, 2008

_____
Jennifer L. Rellis
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2926
Fax: (215) 994-2222

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Tara Kelly, hereby certify that on August 14, 2008, I caused to be served via first class mail a true and correct copy of the foregoing Entry of Appearance for Jenifer L. Rellis, Esq. on the following:

> Thomas B. Wilner, Esquire
> Shearman & Sterling LLP
> 801 Pennsylvania Avenue, N.W.
> Suite 900
> Washington, D.C. 20004-2634

> /s/ Tara Kelly
> Tara Kelly
> D.C. Bar No. 438241
> 1775 I Street, N.W.
> Washington, D.C. 20006
> Telephone: (202) 261-3300
> Fax: (202) 261-3333