IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------x
MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES

        Plaintiffs,

against -

MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF
KUWAIT

        Defendants.

-----------------------------------------------------------------x

Case No.: 1:07-cv-0115-EGS

## MOTION FOR ADMISSION *PRO HAC VICE*

Petitioners/Plaintiffs move for the admission *pro hac vice* of Jennifer Rellis in the above-captioned case. Petitioners/Plaintiffs state as follows in support of this motion:

1. Jennifer Rellis is a member in good standing of the bars of the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.

2. Ms. Rellis has never been disciplined by any bar.

3. Ms. Rellis has not been previously admitted *pro hac vice* in this Court.

4. The undersigned is a member in good standing of the bar of this Court.

Dated: August 21, 2008

Respectfully submitted,

By:   */s/ Tara Kelly*
Tara Kelly, Esq.
D.C. Bar No. 438241
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
Telephone: (202) 261-3300
Fax:      (202) 261-3333

Jennifer Rellis, Esq.
DECHERT LLP
Cira Center
2929 Arch Street
Philadelphia, PA  19104-2808
Telephone:   (215) 994-4000
Fax:              (215) 994-2222

*Counsel for Petitioners/Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------x

MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES

        Plaintiffs,

against -

MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF
KUWAIT

        Defendants.

-----------------------------------------------------------------x

Case No.: 1:07-cv-0115-EGS

## **DECLARATION OF JENNIFER RELLIS**

I, Jennifer Rellis, declare as follows:

1. I am a member in good standing of the bars of the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.

2. I have never been disciplined by any bar.

3. I have not previously been admitted *pro hac vice* in this Court.

4. My office address is Dechert, LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808.

5. My office telephone number is (215) 994-2926.

6. If admitted *pro hac vice*, I will be representing petitioners on a pro bono basis, without compensation.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2008.

                                                                            */s/ Jennifer L. Rellis*
                                                 Jennifer L. Rellis, Esq.
                                                 DECHERT LLP
                                                 Cira Centre
                                                 2929 Arch Street
                                                 Philadelphia, PA 19104
                                                 Telephone: (215) 994-2926
                                                 Fax: (215) 994-2222

                                                 *Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------x
MANI KUMARI SABBITHI, JOAQUINA QUADROS,
and GILA SIXTINA FERNANDES

       Plaintiffs,

against -
MAJOR WALEED KH N. S. AL SALEH,
MAYSAA KH A. O. A. AL OMAR, and STATE OF
KUWAIT

       Defendants.

-----------------------------------------------------------------x

Case No.: 1:07-cv-0115-EGS

## ORDER

The Court, having considered the motion of Petitioners/Plaintiffs for the admission *pro hac vice* of Jennifer Rellis in the above-captioned case, ORDERS that the motion is GRANTED.

Date: _____, 2008

_____
District Judge Emmet G. Sullivan

## CERTIFICATE OF SERVICE

I, Tara Kelly, hereby certify that on August 21, 2008, I caused to be served via first class mail a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* on the following:

Thomas B. Wilner, Esq.
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004-2634

/s/ Tara Kelly
Tara Kelly, Esq.
D.C. Bar No. 438241
1775 I Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 261-3300
Fax:  (202) 261-3333