**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MANI KUMARI SABBITHI, *et al.*, | ) )  |
| Plaintiffs, | ) ) ) Civil Action No. 07-115 (EGS) |
| v. | ) ) |
| MAJOR WALEED KH N.S. AL SALEH, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### AMENDED ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motion to Dismiss and Motion to Quash Service are **GRANTED**.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
           United States District Judge
           March 24, 2009**