**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MANI KUMARI SABBITHI, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 07-115 (EGS) ) ) |
| MAJOR WALEED KH N.S. AL SALEH, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**AMENDED ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Kuwait's Motion to Dismiss is **GRANTED**.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
United States District Judge
June 11, 2009**