IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MANI KUMARI SABBITHI, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-115 (EGS) |
| ) | |
| **MAJOR WALEED KH N.S. AL SALEH,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

**STATUS REPORT**
**SUBMITTED BY THE UNITED STATES OF AMERICA**

The United States of America, by and through undersigned counsel, hereby respectfully advises the Court that the Court's invitation to the United States Department of State to submit its views regarding this case remains under active consideration, and states as follows:

1. By letter dated March 18, 2010, the Court invited the Department of State to submit its views with respect to certain issues in this case. The Court requested that the Department of State notify the Court whether it intends to submit its views (and, if so, identify a projected date for its submission) by April 21, 2010, after the completion of the parties' supplemental briefing on the State of Kuwait's motion to dismiss, then scheduled for April 12, 2010.

2. On April 5, 2010, the Court granted the State of Kuwait's consent motion for an extension of time to file supplemental briefs. Under the amended briefing schedule, the parties will complete their supplemental briefing on the State of Kuwait's motion to dismiss on April 30, 2010.

3. The Court's March 18, 2010, invitation to the Department of State appeared to contemplate that the United States would notify the Court whether it intends to submit its views

(and, if so, identify a projected date for its submission) after the completion of the parties' supplemental briefing on the State of Kuwait's motion to dismiss, now scheduled for April 30, 2010.

4. The United States is actively reviewing the Court's invitation, which requires consideration and review by appropriate levels of the Departments of State and Justice. As contemplated by the Court, additional time after the completion of the parties' supplemental briefing on April 30, 2010, will be needed to complete that review. Accordingly, provided that the supplemental briefing is completed by April 30, 2010, as now scheduled, the United States expects to be able to notify the Court whether it intends to submit its views (and, if so, to identify a projected date for its submission) by May 21, 2010. The United States appreciates the Court's invitation as well as its patience in this regard.

Dated: April 21, 2010                                     Respectfully submitted,

                                                          TONY WEST
                                                          Assistant Attorney General

                                                          RONALD C. MACHEN JR.
                                                          United States Attorney

                                                          VINCENT M. GARVEY
                                                          Deputy Director, Federal Programs Branch

                                                          /s/ Eric Beckenhauer
                                                          ERIC B. BECKENHAUER
                                                          Cal. Bar No. 237526
                                                          Trial Attorney
                                                          U.S. Department of Justice
                                                          Civil Division, Federal Programs Branch
                                                          20 Massachusetts Ave. NW
                                                          Washington, DC 20530
                                                          Telephone: (202) 514-3338
                                                          Facsimile: (202) 616-8470
                                                          E-mail: eric.beckenhauer@usdoj.gov

                                                          *Counsel for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April 2010, I caused the foregoing document to be served on all counsel of record electronically by means of the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　 /s/ *Eric Beckenhauer*
　　　　　　　　　　　　　　　　　　　　　ERIC B. BECKENHAUER