IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MANI KUMARI SABBITHI, et al.,**

    **Plaintiffs,**

    **v.**                                                Civil Action No. 07-115 (EGS)

**MAJOR WALEED KH N.S. AL SALEH,**
**et al.,**

    **Defendants.**
_____/

## STATUS REPORT
## SUBMITTED BY THE UNITED STATES OF AMERICA

The United States of America, by and through undersigned counsel, hereby respectfully advises the Court that the Court's invitation to the United States Department of State to submit its views regarding this case remains under active consideration, and states as follows:

1.    By letter dated March 18, 2010, the Court invited the Department of State to submit its views with respect to certain issues in this case, including whether the complaint was properly served on the State of Kuwait under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a). The Court requested that the Department of State notify the Court whether it intends to submit its views (and, if so, identify a projected date for its submission) by April 21, 2010, after the completion of the parties' supplemental briefing on Kuwait's motion to dismiss, then scheduled for April 12, 2010.

2.    On April 5, 2010, the Court granted Kuwait's consent motion for an extension of time to file supplemental briefs. Under the amended briefing schedule, the parties completed their supplemental briefing on Kuwait's motion to dismiss on April 30, 2010.

3. On April 21, 2010, the United States submitted a Status Report explaining that the Court's March 18, 2010, invitation to the Department of State appeared to contemplate that the United States would notify the Court whether it intends to submit its views after the completion of the parties' supplemental briefing on Kuwait's motion to dismiss, and that additional time after the completion of the parties' supplemental briefing on April 30, 2010, would be needed to complete that review. The United States indicated that it expected to be able to notify the Court whether it intends to submit its views by May 21, 2010.

4. On May 19, 2010, the Court entered a minute order indicating that Plaintiffs intended to move for leave to file an amended complaint. That order vacated the hearing on Kuwait's motion to dismiss; gave Plaintiffs until May 26, 2010, to file their motion for leave; and set forth a briefing schedule that was to conclude on July 7, 2010.

5. In view of this development, on May 21, 2010, the United States submitted a Status Report indicating that it would not be in a position to determine whether to submit its views, if any, until after Plaintiffs' motion for leave to file an amended complaint had been resolved and it became clear which complaint was operative and, if leave were granted, in what manner Plaintiffs intended to serve the amended complaint.

6. On June 9, 2010, Kuwait filed a consent motion to reschedule the hearing on its motion to dismiss. In that motion, Kuwait indicated that the parties agree that Plaintiffs' motion for leave and proposed amended complaint "do[] not bear on the service of process issue that is the primary subject of Kuwait's motion to dismiss, and that this issue is ripe for hearing and resolution." Mem. In Supp. of Kuwait's Consent Mot. to Re-Sched. Hrg. 1 [Dkt. No. 122-1]. In consideration of Kuwait's motion, the Court renewed its invitation to the Department of State, and requested that the Department of State notify the Court whether it intends to submit its views (and, if so, identify a projected date for its submission) by July 15, 2010. On July 15, the United

States submitted a Status Report explaining that additional time was needed to complete its review, and that it expected to be able to notify the Court whether it intends to submit its views (and, if so, to identify a projected date for its submission) by August 15, 2010.

7.  The United States continues to actively review the Court's invitation, which requires careful consideration by appropriate levels of the Departments of State and Justice, but additional time is needed to complete that review. The United States expects to be able either to submit its views, or to notify the Court that it does not intend to make a submission, by September 15, 2010. The United States appreciates the Court's invitation as well as its continued patience in this regard.

Dated: August 15, 2010                                  Respectfully submitted,

                                                        TONY WEST
                                                        Assistant Attorney General

                                                        RONALD C. MACHEN JR.
                                                        United States Attorney

                                                        VINCENT M. GARVEY
                                                        Deputy Director, Federal Programs Branch

                                                        /s/ *Eric Beckenhauer*  _
                                                        ERIC B. BECKENHAUER
                                                        Cal. Bar No. 237526
                                                        Trial Attorney
                                                        U.S. Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                        20 Massachusetts Ave. NW
                                                        Washington, DC 20530
                                                        Telephone: (202) 514-3338
                                                        Facsimile: (202) 616-8470
                                                        E-mail: eric.beckenhauer@usdoj.gov

                                                        *Counsel for the United States of America*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 15th day of August 2010, I caused the foregoing document to be served on all counsel of record electronically by means of the Court's CM/ECF system.

                                  /s/ *Eric Beckenhauer*
                                  ERIC B. BECKENHAUER
                                  Trial Attorney
                                  U.S. Department of Justice