IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES,<br><br>     Plaintiffs,<br><br>  v.<br><br>MAJOR WALEED KH N. S. AL SALEH, MAYSAA KH A. O. A. AL OMAR, and STATE OF KUWAIT,<br><br>     Defendants. | Case No.: 07-CV-00115-EGS |

**DEFENDANTS' MOTION TO AMEND DECEMBER 16, 2010
ORDER TO INCLUDE LANGUAGE UNDER 28 U.S.C. § 1292(b) PERMITTING
THEM TO APPLY FOR PERMISSION TO TAKE AN INTERLOCUTORY APPEAL**

  Defendants move the Court to amend its Minute Order of December 16, 2010, to state that it involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from this Minute Order may materially advance the ultimate termination of the litigation, as prescribed by 28 U.S.C. § 1292(b). Defendants' counsel discussed this motion in advance with plaintiffs' counsel, as required by LCvR 7(m), and plaintiffs' counsel advises that plaintiffs will oppose this motion. The reasons for this motion are given in the accompanying memorandum of points and authorities.

                Respectfully submitted,

                _/s/ Neil H. Koslowe_____
                Neil H. Koslowe (D.C. Bar #361792)
                *Of Counsel*
                Thomas B. Wilner (D.C. Bar #173807)
                801 Pennsylvania Avenue, NW
                Washington, DC 20004
                Telephone: (202) 508-8000
                *Counsel for Defendants*

January 10, 2011