IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MANI KUMARI SABBITHI, JOAQUINA QUADROS, )
and GILA SIXTINA FERNANDES, )
 )
              Plaintiffs, )
 )    Case No. 07-CV-00115-EGS
    v. )
 )
MAJOR WALEED KH N.S. AL SALEH, )
MAYSAA KH A.O.A. AL OMAR, and )
STATE OF KUWAIT, )
 )
              Defendants. )
_____)

**JOINT STATUS
REPORT IN RESPONSE TO THE COURT'S APRIL 27, 2011 MINUTE ORDER**

      In accordance with the Court's April 27, 2011 Minute Order, the parties conferred by telephone on May 9, 2011, to attempt to arrive at joint recommendations for further proceedings. As set forth in greater detail in the individual status reports the parties will file today, the parties do not agree on the effect of the Court's April 2011 Minute Order on the status of the Individual Defendants in this case. Therefore, the parties respectfully request that the Court allow them to file responses to the individual status reports that will be filed today. The response from each party to the opposing party's individual status report will be due by May 20, 2011. The parties also respectfully request that the Court hold a status conference within 20 days to address the effect of the Court's April 2011 Minute Order on the status of the Individual Defendants in this case and on the status of service on the Individual Defendants.

      The parties agree that service of process has been effected upon Defendant the State of Kuwait, and that there remains pending those portions of the State of Kuwait's previously-filed motion to dismiss that deal with issues other than service of process. Accordingly, the parties

respectfully request that they be given an opportunity to re-brief the State of Kuwait's motion to dismiss in accordance with the following briefing schedule:

- Opening brief: June 14, 2011

- Opposition brief: July 14, 2011

- Reply brief: August 4, 2011

Dated: May 13, 2011                     Respectfully submitted,

/s/ Lorelie S. Masters\_
Lorelie S. Masters (D.C. Bar No. 358686)
Martina E. Vandenberg (D.C. Bar No. 476685)
Matthew E. Price*
Bharat Ramamurti (D.C. Bar No. 996546)
JENNER & BLOC K LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001

Lenora M. Lapidus*
Galen Sherwin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004

Steven Macpherson Watt*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004

*Counsel for Plaintiffs Mani Kumari Sabbithi, Joaquina Quadros, and Gila Sixtina Fernandes*

*Admitted *pro hac vice*

                                                                    _/s/ **Neil H. Koslowe**_____
Neil H. Koslowe (D.C. Bar No. 361792)
*Attorney*
Thomas B. Wilner (D.C. Bar No. 173807)
Shearman & Sterling LLP

801 Pennsylvania Avenue, N.W.
Washington, DC 20004

*Counsel for Defendants*