# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES, <br><br> Plaintiffs, <br><br> v. <br><br> MAJOR WALEED KH N.S. AL SALEH, MAYSAA KH A.O.A. AL OMAR, and STATE OF KUWAIT, <br><br> Defendants. | Case No. 07-CV-00115-EGS |

## JOINT STATUS REPORT
## IN RESPONSE TO THE COURT'S JUNE 10, 2011 MINUTE ORDER

Plaintiffs Mani Kumari Sabbithi, Gila Sixtina Fernandes, and Joaquina Quadros, and Defendants Major Waleed KH N.S. Al Al Saleh, Maysaa KH A.O.A. Al Omar, and the State of Kuwait, submit this joint status report in response to the Court's June 10, 2011 Minute Order.

Counsel for the parties met and conferred on June 13, 2011. The parties have initiated preliminary settlement discussions. While it is uncertain whether these will resolve the matter, the parties would like an opportunity to explore the prospects for settlement further. Accordingly, the parties request that the Court issue an Order (i) staying the parties' respective filing and disclosure requirements under Fed. R. Civ. P. 12 and 26 and the Court's Minute Order of June 13, 2011, (ii) staying defendants' responsibility to move to certify the Court's oral ruling of June 9, 2011, for interlocutory appeal under 28 U.S.C. § 1292(b), and (iii) staying all further proceedings in this matter until further order of the Court. The parties propose to submit a joint status report on July 7, 2011 to update the Court on settlement negotiations and to offer a schedule for any further proceedings.

Dated: June 16, 2011                    Respectfully submitted,


/s/ Lorelie S. Masters_____
Lorelie S. Masters (D.C. Bar No. 358686)
Martina E. Vandenberg (D.C. Bar No. 476685)
Matthew E. Price (D.C. Bar No. 996158)
Bharat Ramamurti (D.C. Bar No. 996546)
JENNER & BLOCK LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001

Lenora M. Lapidus*
Galen Sherwin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004

Steven Macpherson Watt*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004

*Counsel for Plaintiffs Mani Kumari Sabbithi, Joaquina Quadros, and Gila Sixtina Fernandes*

*Admitted *pro hac vice*

/s/ Neil H. Koslowe_____
 Neil H. Koslowe (D.C. Bar #361792)
*Attorney*
Thomas B. Wilner (D.C. Bar #173807)
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 508-8000

 *Counsel for Defendants*

2