IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MANI KUMARI SABBITHI, JOAQUINA QUADROS, )
and GILA SIXTINA FERNANDES, )
 )
        Plaintiffs, )
 ) Case No. 07-CV-00115-EGS
   v. )
 )
MAJOR WALEED KH N.S. AL SALEH, )
MAYSAA KH A.O.A. AL OMAR, and )
STATE OF KUWAIT, )
 )
        Defendants. )
_____)

**JOINT STATUS REPORT IN RESPONSE TO
THE COURT'S MINUTE ORDER OF NOVEMBER 8, 2011**

Plaintiffs Mani Kumari Sabbithi, Gila Sixtina Fernandes, and Joaquina Quadros, and defendants Major Waleed KH N.S. Al Saleh, Maysaa KH A.O.A. Al Omar, and the State of Kuwait, submit this status report in response to the Court's Minute Order of November 8, 2011.

As counsel for the parties previously reported to the Court, they have been awaiting final approval of their tentative settlement agreement by the State of Kuwait. Because of the military status of defendant Major Waleed KH N.S. Al Saleh, the Kuwaiti Minister of Defense must review and approve the settlement agreement, and he has been heavily involved in matters of state. Defendants' counsel have been informed by the Kuwaiti Embassy that it fully supports the settlement agreement and that it expects final approval will be granted in the very near future.

Accordingly, the parties request that the Court issue an order extending the current stay of all proceedings in the action to and including December 12, 2011. This stay would cover all proceedings, including (i) the parties' filing and disclosure requirements under Fed. R. Civ. P. 12 and 26, and (ii) defendants' responsibility to move to certify the Court's oral ruling of June 9,

2011, for interlocutory appeal under 28 U.S.C. § 1292(b).  The parties respectfully request that these items be stayed until further order of the Court, except that the parties' next Joint Status Report or individual Status Reports shall be filed on or before December 12, 2011.

    Respectfully submitted,

    /s/ Neil H. Koslowe
    Neil H. Koslowe (D.C. Bar #361792)
    *Attorney*
    Thomas B. Wilner (D.C. Bar #173807)
    SHEARMAN & STERLING LLP
    801 Pennsylvania Avenue, NW
    Washington, DC 20004
    Telephone: (202) 508-8000

    *Counsel for Defendants*

    /s/ Lorelie S. Masters
    Lorelie S. Masters (D.C. Bar No. 358686)
    Martina E. Vandenberg (D.C. Bar No. 476685)
    Matthew E. Price (D.C. Bar No. 996158)
    JENNER & BLOCK LLP
    1099 New York Ave. NW Suite 900
    Washington, DC 20001

    Lenora M. Lapidus*
    Galen Sherwin*
    AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION WOMEN'S RIGHT PROJECT
    125 Broad Street, 18th Floor
    New York, NY 10004

    Steven Macpherson Watt*
    AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION HUMAN RIGHTS PROGRAM
    125 Broad Street, 18th Floor
    New York, NY 10004

    *Counsel for Plaintiffs*

    *Admitted pro hac vice*

Dated:  November 29, 2011