IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES,<br><br>    Plaintiffs,<br><br>    v.<br><br>MAJOR WALEED KH N.S. AL SALEH, MAYSAA KH A.O.A. AL OMAR, and STATE OF KUWAIT,<br><br>    Defendants. | Case No. 07-CV-00115-EGS |

**JOINT STATUS REPORT
IN RESPONSE TO THE COURT'S DECEMBER 12, 2011 MINUTE ORDER**

Plaintiffs Mani Kumari Sabbithi, Gila Sixtina Fernandes, and Joaquina Quadros, and Defendants Major Waleed KH N.S. Al Al Saleh, Maysaa KH A.O.A. Al Omar, and the State of Kuwait, submit this joint status report in response to the Court's December 12, 2011 Minute Order.

The parties have approved a confidential final settlement agreement. Defendants have executed the agreement, and Plaintiffs must execute the agreement by January 11, 2012. The parties must take additional actions within 30 days of execution, and Plaintiffs will dismiss this case with prejudice within five days thereafter. Accordingly, to allow the parties the opportunity to complete the agreed-upon settlement, the parties request that the Court issue an order extending the current stay of all proceedings until February 16, 2012. This stay would cover all proceedings, including (i) the parties' filing and disclosure requirements under Fed. R. Civ. P. 12 and 26, and (ii) defendants' responsibility to move to certify the Court's oral ruling of June 9, 2011, for interlocutory appeal under 28 U.S.C. § 1292(b). The parties respectfully

request that these items be stayed until further order of the Court.  If the case is not dismissed by February 16, 2012, the parties' next Joint Status Report or individual Status Reports shall be filed on or before that date.

December 22, 2011                                   Respectfully submitted,

/s/ Neil H. Koslowe
 Neil H. Koslowe (D.C. Bar #361792)
Thomas B. Wilner (D.C. Bar #173807)
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 508-8000

*Counsel for Defendants*

/s/ Lorelie S. Masters
Lorelie S. Masters (D.C. Bar No. 358686)
Martina E. Vandenberg (D.C. Bar No. 476685)
Matthew E. Price (D.C. Bar No. 996158)
JENNER & BLOCK LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001

Lenora M. Lapidus*
Galen Sherwin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004

Steven Macpherson Watt*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004

*Counsel for Plaintiffs Mani Kumari Sabbithi, Joaquina Quadros, and Gila Sixtina Fernandes*

*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I, Matthew E. Price, hereby certify that on December 22, 2011, I caused to be served via the Court's ECF electronic filing system the foregoing **Joint Status Report in Response to the Court's December 12, 2011 Minute Order** on the following:

Thomas B. Wilner, Esq.
Neil H. Koslowe, Esq.
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue NW Suite 900
Washington, DC 20004

/s/  Matthew E. Price
Matthew E. Price
D.C. Bar No. 996158
JENNER & BLOCK LLP
1099 New York Avenue NW Suite 900
Washington, DC 20001
Tel: (202) 639-6000
Fax: (202) 661-4802