IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANI KUMARI SABBITHI, JOAQUINA QUADROS, and GILA SIXTINA FERNANDES,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MAJOR WALEED KH N.S. AL SALEH, MAYSAA KH A.O.A. AL OMAR, and STATE OF KUWAIT,<br><br>　　　　　Defendants. | Case No. 07-CV-00115-EGS |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Mani Kumari Sabbithi, Gila Sixtina Fernandes, and Joaquina Quadros, and Defendants Major Waleed KH N.S. Al Al Saleh, Maysaa KH A.O.A. Al Omar, and the State of Kuwait, hereby stipulate to the dismissal with prejudice of the above-captioned action.

February 2, 2012                           Respectfully submitted,

/s/ Neil H. Koslowe                        /s/ Lorelie S. Masters
Neil H. Koslowe (D.C. Bar #361792)         Lorelie S. Masters (D.C. Bar No. 358686)
Thomas B. Wilner (D.C. Bar #173807)        Matthew E. Price (D.C. Bar No. 996158)
SHEARMAN & STERLING LLP                    JENNER & BLOCK LLP
801 Pennsylvania Avenue, NW                1099 New York Ave. NW Suite 900
Washington, DC 20004                       Washington, DC 20001
Telephone: (202) 508-8000

*Counsel for Defendants*                   Lenora M. Lapidus*
                                           Galen Sherwin*
                                           AMERICAN CIVIL LIBERTIES UNION
                                           FOUNDATION
                                           WOMEN'S RIGHTS PROJECT
                                           125 Broad Street, 18th Floor
                                           New York, NY 10004

                                           -and-

1

Steven Macpherson Watt*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004

*Counsel for Plaintiffs Mani Kumari Sabbithi,
Joaquina Quadros, and Gila Sixtina Fernandes*

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

  I, Matthew E. Price, hereby certify that on February 2, 2012, I caused to be served via the Court's ECF electronic filing system the foregoing **Stipulation of Dismissal** on the following:

Thomas B. Wilner, Esq.
Neil H. Koslowe, Esq.
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue NW Suite 900
Washington, DC 20004

                /s/  Matthew E. Price
                Matthew E. Price
                D.C. Bar No. 996158
                JENNER & BLOCK LLP
                1099 New York Avenue NW Suite 900
                Washington, DC 20001
                Tel: (202) 639-6000
                Fax: (202) 661-4802